**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| STEPHANIE COHEN, INDIVIDUALLY<br>AND ON BEHALF OF ALL OTHERS<br>SIMILARLY SITUATED,<br><br>        **Plaintiff,**<br>**v.**<br><br>**WARNER CHILCOTT PUBLIC LIMITED**<br>**COMPANY, ET AL.**<br><br>        **Defendants.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **Civil Action No. 1:06-cv-00401**<br>**Judge Colleen Kollar-Kotelly** |

**MOTION OF STEPHANIE COHEN FOR ADMISSION *PRO HAC VICE***

Pursuant to L.Cv.R. 83.2 and the Declaration of Robert W. Sink, Esquire, attached hereto

as Exhibit "A," Plaintiff Stephanie Cohen moves for the admission of Robert W. Sink of the Law

Offices of Robert W. Sink to represent her in this matter. Mr. Sink is a member in good standing

of the bar of the Commonwealth of Pennsylvania, along with the United States District Courts for

the Eastern and Middle Districts of Pennsylvania. The undersigned, who is a member in good

standing of this Court, shall act as co-counsel should this Motion be granted.


Dated: March 14, 2006


                                      **LAW OFFICES OF ROBERT W. SINK**


                                      /S/ John M. Mason, Esquire
                                      John M. Mason, Esquire
                                      DC Bar ID#: 193268
                                      Of Counsel
                                      LAW OFFICES OF ROBERT W. SINK
                                      319 West Front Street
                                      Media, PA 19063
                                      Tel:    610-566-0800
                                      Fax:   610-566-4408