# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEPHANIE COHEN, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,

       Plaintiff,

  v.

WARNER CHILCOTT PUBLIC LIMITED
COMPANY, ET AL.

       Defendants.

Civil Action No. 1:06-cv-00401
Judge Colleen Kollar-Kotelly

### DECLARATION OF ROBERT W. SINK, ESQUIRE

1. I am owner and manager of the Law Offices of Robert W. Sink, attorneys for Plaintiff Stephanie Cohen.

2. My office address is 319 W. Front St., Media, Pennsylvania 19063, and my office telephone number is 610-566-0800.

3. I am admitted to the Supreme Court of Pennsylvania, along with the United States District Courts for the Eastern and Middle Districts of Pennsylvania.

4. I have not been disciplined by any bar or any court.

5. I have not been admitted *pro hac vice* to this Court at any time within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia bar and I do not have an application for membership in the District of Columbia bar pending.

7. I am familiar with the Local Rules of the United States District Court for the District of Columbia.

8. Given my experience and my familiarity with the issues involved in this matter, my admission *pro hac vice* will serve the interests of the Plaintiff and will also facilitate the efficient litigation of this matter.

9. I respectfully request that this Court grant my application to appear and participate *pro hac vice* on behalf of Plaintiff in this matter.

Subject to the penalties of perjury, I declare that the foregoing statements made by me are true.

Dated: March 14, 2006

_____
Robert W. Sink