AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

STEPHANIE COHEN, individually and on behalf of all others similarly situated,

V.

WARNER CHILCOTT PUBLIC LIMITED COMPANY; WARNER CHILCOTT HOLDINGS COMPANY III, LTD.; WARNER CHILCOTT CORPORATION; WARNER CHILCOTT (US) INC; WARNER CHILCOTT COMPANY, INC.; GALEN (CHEMICALS), LTD.; and BARR PHARMACEUTICAL, INC.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV00401

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Antitrust

DATE STAMP: 03/06/2006

TO: (Name and address of Defendant)

WARNER CHILCOTT PUBLIC LIMITED COMPANY
100 Enterprise Drive
Rockaway, N.J. 07866-2129

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John M. Mason, Esquire
Of Counsel
LAW OFFICES OF ROBERT W. SINK
319 West Front Street
Media, PA 19063
Tel: 610-566-0800
Fax: 610-566-4408

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          MAR - 6 2006
CLERK                                DATE

_Maureen Hegeras_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[1]
DATE: 3/28/06

NAME OF SERVER (PRINT): Robert W. Sink, Esquire
TITLE: Attorney for Plaintiff and class

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Counsel for Defendants accepted service on March 28, 2006.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/30/06
Date

Signature of Server

319 West Front St., Media, PA 19063
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.