AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

STEPHANIE COHEN, individually and
on behalf of all others similarly situated,

**SUMMONS IN A CIVIL CASE**

V.

WARNER CHILCOTT PUBLIC LIMITED
COMPANY; WARNER CHILCOTT HOLDINGS
COMPANY III, LTD.; WARNER CHILCOTT
CORPORATION; WARNER CHILCOTT (US)
INC; WARNER CHILCOTT COMPANY, INC.;
GALEN (CHEMICALS), LTD.; and BARR
PHARMACEUTICAL, INC.,

CASE N

CASE NUMBER  1:06CV00401

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Antitrust

DATE STAMP: 03/06/2006

TO: (Name and address of Defendant)

WARNER CHILCOTT COMPANY, INC.
100 Enterprise Drive
Rockaway, N.J. 07866-2129


**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John M. Mason, Esquire
Of Counsel
LAW OFFICES OF ROBERT W. SINK
319 West Front Street
Media, PA 19063
Tel: 610-566-0800
Fax: 610-566-4408

an answer to the complaint which is served on you with this summons, within     20    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.


NANCY M. MAYER-WHITTINGTON           MAR - 6 2006
CLERK                                DATE

_/s/ Maureen Higgins_
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3/28/06 |
| NAME OF SERVER *(PRINT)* Robert W. Sink, Esquire | TITLE Attorney for Plaintiff and class |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  Counsel for Defendants accepted service on March 28, 2006.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/30/06
             *Date*

*Signature of Server*

319 West Front St., Media, PA 19063
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.