## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE COHEN,<br><br>                      Plaintiff,<br><br>v.<br><br>WARNER CHILCOTT PUBLIC LIMITED COMPANY, *et al.*,<br><br>                      Defendants. | Civil Action No. 1:06CV00401<br><br>Judge Colleen Kollar-Kotelly<br><br>JURY TRIAL DEMANDED |

### ENTRY OF APPEARANCE (LCvR 83.6(a))

Pursuant to LCvR 83.6(a), Peter C. Thomas hereby gives notice of his entry of appearance on behalf of Defendants Warner Chilcott Public Limited Company, Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., and Galen (Chemicals), Ltd.

April 14, 2006

Respectfully submitted,

By:  /s/ Peter C. Thomas
Peter C. Thomas, D.C. Bar # 495928
SIMPSON THACHER & BARTLETT LLP
555 11th Street, N.W.
Suite 725
Washington, D.C.  20004
(202) 220-7700

*Counsel for Defendants*