UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE COHEN<br>42 Page Drive<br>Hicksville, NY  11801,<br><br>    individually and on behalf of all others<br>    similarly situated,<br><br>                      Plaintiff,<br><br>    v.<br><br>WARNER CHILCOTT PUBLIC LIMITED<br>COMPANY<br>100 Enterprise Drive<br>Rockaway, NJ  07866-2129,<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD.<br>100 Enterprise Drive<br>Rockaway, NJ 07866-2129,<br><br>WARNER CHILCOTT CORPORATION<br>100 Enterprise Drive<br>Rockaway, NJ 07866-2129,<br><br>WARNER CHILCOTT (US) INC.<br>100 Enterprise Drive<br>Rockaway, NJ 07866-2129,<br><br>WARNER CHILCOTT COMPANY, INC.<br>Union Street, Km. 1.1<br>Fajardo, Puerto Rico, 00738,<br><br>GALEN (CHEMICALS) LTD.<br>Unit 4 Burton Hall Pk.<br>Sandyford Industrial Estate<br>Foxrock, Ireland,<br><br>and<br><br>BARR PHARMACEUTICALS, INC.<br>2 Quaker Road<br>P.O. Box 2900<br>Pomona, NY  10970-0519,<br><br>                      Defendants. | Civil Action No. 1:06CV00401<br><br>Judge Colleen Kollar-Kotelly<br><br>JURY TRIAL DEMANDED |

## **DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Warner Chilcott Public Limited Company, Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., and Galen (Chemicals) Ltd. (collectively "Defendants"), certify as follows:

Defendant Warner Chilcott Public Limited Company is a subsidiary of Warner Chilcott Holdings Company III, Limited; no publicly-held corporation owns more than 10% of its stock.

Defendant Warner Chilcott Holdings Company III, Ltd. is a subsidiary of Warner Chilcott Holdings Company II, Limited; no publicly-held corporation owns more than 10% of its stock.

Defendant Warner Chilcott Corporation is a subsidiary of Warner Chilcott Intermediate (Luxembourg) S.a.r.l.; no publicly-held corporation owns more than 10% of its stock.

Defendant Warner Chilcott (US) Inc. is a subsidiary of Warner Chilcott Corporation; no publicly-held corporation owns more than 10% of its stock.

Defendant Warner Chilcott Company, Inc. is a subsidiary of Warner Chilcott Holdings Company III, Limited; no publicly-held corporation owns more than 10% of its stock.

Defendant Galen (Chemicals) Ltd. is a subsidiary of Warner Chilcott Intermediate (Ireland) Limited; no publicly-held corporation owns more than 10% of its stock.

Pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia, the undersigned counsel certifies that there are no parent companies, subsidiaries, or affiliates of Defendants which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

April 14, 2006                                    Respectfully submitted,

By:     /s/ Peter C. Thomas
       Peter C. Thomas, D.C. Bar # 495928
       SIMPSON THACHER & BARTLETT LLP
       555 11th Street, N.W.
       Suite 725
       Washington, D.C. 20004
       (202) 220-7700

       Charles E. Koob, *pro hac vice* pending
       SIMPSON THACHER & BARTLETT LLP
       425 Lexington Avenue
       New York, New York 10017
       (212) 455-2000

       *Counsel for Defendants*