## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE COHEN,<br><br>                       Plaintiff,<br><br>v.<br><br>WARNER CHILCOTT PUBLIC LIMITED COMPANY, *et al.*,<br><br>                       Defendants. | Civil Action No. 1:06CV00401<br><br>Judge Colleen Kollar-Kotelly<br><br>JURY TRIAL DEMANDED |

### ENTRY OF APPEARANCE (LCvR 83.6(a))

Pursuant to LCvR 83.6(a), Andrew M. Lacy hereby gives notice of his entry of appearance on behalf of Defendants Warner Chilcott Public Limited Company, Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., and Galen (Chemicals), Ltd.

April 14, 2006

Respectfully submitted,

By:    /s/ Andrew M. Lacy
       Andrew M. Lacy, D.C. Bar # 496644
       SIMPSON THACHER & BARTLETT LLP
       555 11th Street, N.W.
       Suite 725
       Washington, D.C. 20004
       (202) 220-7700

*Counsel for Defendants*