UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE COHEN, *et. al.*,<br>　　　　　　　　Plaintiffs,<br>v.<br>WARNER CHILCOTT PUBLIC LIMITED COMPANY, *et al.*,<br>　　　　　　　　Defendants. | Civil Action No. 1:06CV00401<br>Judge Colleen Kollar-Kotelly<br>JURY TRIAL DEMANDED |

## MOTION OF DEFENDANTS
## FOR ADMISSION *PRO HAC VICE*

Pursuant to LCvR 83.2 and the attached declaration, Defendants Warner Chilcott Public Limited Company, Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., and Galen (Chemicals) Ltd. (collectively "Defendants") move for the admission of Annette C. Rizzi of the law firm Simpson Thacher & Bartlett LLP to represent Defendants in this action. Ms. Rizzi is a member in good standing of the following bars: the State of New York, the State of Connecticut, the United States District Court for the Eastern District of New York, and the United States District Court for the Southern District of New York. The undersigned, who is a member in good standing of the bar of this Court, shall act as co-counsel with Ms. Rizzi should this Motion be granted.

May 3, 2006                                       Respectfully submitted,

                                        By:    /s/ Peter C. Thomas
                                               _____
                                               Peter C. Thomas, D.C. Bar # 495928
                                               SIMPSON THACHER & BARTLETT LLP
                                               555 11th Street, N.W.
                                               Suite 725
                                               Washington, D.C. 20004
                                               (202) 220-7700

                                               *Counsel for Defendants*