**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD*., et al.*,<br><br>    Defendants. | Civil Action No. 05–2179 (CKK) |
| STATE OF COLORADO, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD*., et al.*,<br><br>    Defendants. | Civil Action No. 05–2182 (CKK) |
| MEIJER, INC*., et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>    Defendants. | Civil Action No. 05–2195 (CKK) |

| | |
|---|---|
| VISTA HEALTHPLAN, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br><br>    Defendants. | Civil Action No. 05–2327 (CKK) |
| STEPHANIE COHEN, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>WARNER CHILCOTT PUBLIC LIMITED COMPANY, *et al.*,<br><br>    Defendants. | Civil Action No. 06–401 (CKK) |
| WALGREEN CO., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br><br>    Defendants. | Civil Action No. 06–494 (CKK) |

| | |
|---|---|
| CVS PHARMACY, INC., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al*.,<br><br>    Defendants. | Civil Action No. 06–795 (CKK) |

### CASE MANAGEMENT ORDER (REVISED–2)
(June 13, 2006)

It is, this 13th day of June, 2006, hereby

ORDERED that all above-captioned cases shall be consolidated for the sole purpose of filing documents on ECF; it is also

ORDERED that any motions requesting consolidation on the merits of some or all of the above-captioned cases shall be considered separately from this Order; it is also

ORDERED that any party filing a document in **all** above-captioned cases shall do so by docketing said document in *FTC v. Warner Chilcott Holdings* (05cv2179) and following the procedure below:

> When docketing in a lead consolidated case, a filer will be asked if they wish to **spread** the docketing text to other associated cases. **Spread** means to docket once in the lead case (lowest case number) and to spread the docket entry text automatically to the associated cases. If you answer Yes, the docket entry text will automatically spread to the member cases.

Any document meant to apply to **all** above-captioned cases **must** be filed in this manner–by filing said document in *FTC v. Warner Chilcott Holdings* (05cv2179) and answering "Yes" when asked to "spread." Furthermore, any document filed using the spread function shall be

designated CONSOLIDATED (fully capitalized) as the first word in the docket entry text for the sole purpose of clarifying that the document is being filed in all above-captioned cases (the manner in which this Order is docketed shall serve as an example); it is also

ORDERED that any document meant to be filed in any number of cases fewer than **all** above-captioned cases must be docketed in each individual case in which it is meant to be filed without using the spread function.

**SO ORDERED.**

_____/s/_____<br>
COLLEEN KOLLAR-KOTELLY<br>
United States District Judge