# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------  x

FEDERAL TRADE COMMISSION,

     Plaintiff,

v.

WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,

     Defendants.

-------------------------------------------------------  x

Civil Action No: 1:05CV02179 (CKK)
Judge Colleen Kollar-Kotelly

## ENTRY OF APPEARANCE (LCvR 83.6(a))

Pursuant to LCvR 83.6(a), Andrew M. Lacy hereby gives notice of his entry of appearance on behalf of Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc.

July 25, 2006

Respectfully submitted,

By:  /s/ Andrew M. Lacy
_____
Andrew M. Lacy, D.C. Bar # 496644
SIMPSON THACHER & BARTLETT LLP
555 11th Street, N.W.
Suite 725
Washington, D.C.  20004
(202) 220-7700

*Counsel for Defendants*