UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE COHEN<br>      and<br>SUNDA CROONQUIST,<br>individually and on behalf of all others<br>similarly situated,<br>         Plaintiffs,<br>   v.<br><br>WARNER CHILCOTT PUBLIC LIMITED<br>COMPANY; WARNER CHILCOTT<br>HOLDINGS COMPANY III, LTD.;<br>WARNER CHILCOTT CORPORATION;<br>WARNER CHILCOTT (US) INC.;<br>WARNER CHILCOTT COMPANY, INC.;<br>GALEN (CHEMICALS), LTD.;<br>      and<br>BARR PHARMACEUTICALS, INC.,<br>         Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   1:06-cv-00401-CKK<br>:<br>:   Judge Colleen Kollar-Kotelly<br>:<br>:<br>:<br>:<br>:<br>: |

PLAINTIFFS' MOTION FOR ONE DAY EXTENSION OF TIME WITHIN WHICH TO FILE A SEALED COPY OF PLAINTFFS' MOTION FOR CLASS CERTIFICATION

In support of this motion, Plaintiffs state as follows:

1. Plaintiffs are prepared to file an electronic copy of their motion for class certification ("Motion") on time in accordance with this Court's Amended Case Management Order (June 30, 2006) at ¶9(b), namely, on July 28, 2006.

2. A sealed copy of the Motion, which contains material protected under this Court's Protective Order (April 25, 2006), must be also filed in a hard-copy form with the clerk's office.

3. Plaintiffs seek a one-day extension to properly assemble, deliver, and file the sealed copy of the Motion, namely, on July 31, 2006.

4. Contact/liaison Counsel for Defendants have been contacted by the counsel for plaintiffs and have consented to this extension.

Plaintiffs therefore request that this Court grant their motion for an extension, until July 31, 2006, within which to file a sealed copy of the motion for class certification.

Date: July 27, 2006                           Respectfully submitted,


  /S/ John Mason
John M. Mason, Esquire
DC Bar # 193268
Of Counsel
Law Offices of Robert W. Sink
319 West Front Street
Media, PA 19063
610-566-0800

Counsel for Plaintiffs