UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE COHEN<br>　　and<br>SUNDA CROONQUIST,<br>individually and on behalf of all others<br>similarly situated,<br>　　　　Plaintiffs,<br>　　v.<br><br>WARNER CHILCOTT PUBLIC LIMITED<br>COMPANY; WARNER CHILCOTT<br>HOLDINGS COMPANY III, LTD.;<br>WARNER CHILCOTT CORPORATION;<br>WARNER CHILCOTT (US) INC.;<br>WARNER CHILCOTT COMPANY, INC.;<br>GALEN (CHEMICALS), LTD.;<br>　　and<br>BARR PHARMACEUTICALS, INC.,<br>　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:　　1:06-cv-00401 (CKK)<br>:<br>:　　**ORAL ARGUMENT REQUESTED**<br>:<br>:<br>:<br>:<br>:<br>: |

## **CONSUMER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

　　1.　　Pursuant to Fed. R. Civ. P. 23 and Local Civil Rule 23.1, Plaintiffs bring this action as representatives of the Classes defined as follows:

> All persons throughout the United States who purchased Ovcon for personal use at any time during the period from April 22, 2004 to the present seeking injunctive relief under the Sherman Act (Counts I and II);

> All persons who purchased, in any of the "Indirect Purchaser States," Ovcon for personal use at any time during the period from April 22, 2004 to the present (Count III) (hereinafter "Indirect Purchaser Subclass"), excluding any persons who suffered no economic harm as a result of Defendants' conduct;

> All persons who purchased, in any of the fifty states, Ovcon for personal use at any time during the period from April 22, 2004 to the present (Count IV); (hereinafter "Nationwide Unjust Enrichment Class)

2. Excluded from the Nationwide Unjust Enrichment Class and the Indirect Purchaser Sub-class are all governmental entities and the defendant and its respective subsidiaries and affiliates. Collectively, the Nationwide Class and Indirect Purchaser Class are referred to as the "Class".

3. Plaintiffs incorporate by this reference their Memorandum of Law in Support of Plaintiffs' Motion for Class Certification, Exhibit A (Firm Resume for the Law Offices of Robert W. Sink) and Exhibit B (Declaration of Edward Heiden, PhD) Each was filed contemporaneously in support of this motion.

4. Pursuant to Local Civil Rule 23.1(c), a determination of provisions of notice are not being made at this time because Plaintiffs' counsel is analyzing discovery from Defendants to determine the "best practical notice under the circumstances" to comply with Fed. R. Civ. P. 23(c)(2)(B). Plaintiffs' counsel propose that a determination shall be made after the Court certifies the Class, unless otherwise directed by the Court..

WHEREFORE, Plaintiffs request that Consumer Plaintiffs' Motion for Class Certification be GRANTED, that the named Plaintiffs be approved as class representatives, and that their counsel be approved as counsel for the Class.

Dated: July 28, 2006

Respectfully submitted,

/s/ John M. Mason
John M. Mason, Esquire
DC Bar ID#: 193268
Of Counsel
**LAW OFFICES OF ROBERT W. SINK**
319 West Front Street

Media, PA 19063
Tel:   610-566-0800
Fax:   610-566-4408

Robert W. Sink, Esquire
*Pro Hac Vice*
**LAW OFFICES OF ROBERT W. SINK**
319 West Front Street
Media, PA 19063
Tel:   610-566-0800
Fax:   610-566-4408

**Attorneys for Plaintiffs**