### EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STEPHANIE COHEN : | |
| and : | |
| SUNDA CROONQUIST, : | |
| individually and on behalf of all others : | |
| similarly situated, : | |
|     Plaintiffs, : | |
|   v. : | |
| : | |
| WARNER CHILCOTT PUBLIC LIMITED : | |
| COMPANY; WARNER CHILCOTT : | 1:06-cv-00401 (CKK) |
| HOLDINGS COMPANY III, LTD.; : | |
| WARNER CHILCOTT CORPORATION; : | **ORAL ARGUMENT REQUESTED** |
| WARNER CHILCOTT (US) INC.; : | |
| WARNER CHILCOTT COMPANY, INC.; : | |
| GALEN (CHEMICALS), LTD.; : | |
|     and : | |
| BARR PHARMACEUTICALS, INC., : | |
|     Defendants. : | |

**DECLARATION OF EDWARD HEIDEN, PH.D.**

**REDACTED**