# EXHIBIT A

## PROPOSED CLASS COUNSEL FOR INDIRECT PURCHASER CLASSES

Robert W. Sink, principal of the Law Offices of Robert W. Sink, located in Media, Pennsylvania, has successfully served as lead or co-lead counsel in several class actions, including *Davidson v. AIG WarrantyGuard, Inc. and Best Buy, Inc.,* (National class settlement); *Grant v. Bridgestone/Firestone, Inc.; Schaeffer v. County of Berks, et al.,* (State class settlement)*;* and *Sochin v. Master Lock Company,* (National class settlement).  Moreover, Mr. Sink has been nominated to serve on the Executive Committee on behalf of consumer plaintiffs in the Provigil Antitrust Litigation (*Langan v. Cephalon, Inc.,, et al.*) pending in the U.S. District Court for the Eastern District of Pennsylvania, which is very similar to this action.  Additionally, Mr. Sink is one of less than 500 lawyers nationwide that has received a Masters in Trial Advocacy.  Some of Mr. Sink's recent noteworthy verdicts and settlements are as follows:

**$4 million medical malpractice jury verdict**
(*Bowman v. Albert Einstein Medical Center, et al.*, No. 970802166, Phila. Comm. Pleas (1999))

**$1.4 million settlement following Plaintiff's jury verdict on liability only**
(*Guglielmo v. A-P-A Transport, et al.*, No. 990002049, Phila. Comm. Pleas, (2001))

**$4.025 million settlement prior to trial**
(*Rotola v. Black, et al.*, 3:03- CV-01517. M.D.Pa. (2005))

**$1.1 million settlement prior to trial**
 (*Bruno v. , et al.,* 3:02-CV-2353, M.D.Pa. (2005))

Mr. Sink was recently recognized as achieving one of the top 50 verdicts in Pennsylvania in 1999 and 2005.  Mr. Sink's achievements have been

recognized in *The National Law Journal, Pennsylvania Law Weekly* and *The Legal Intelligencer.*

John M. Mason, Of Counsel to Law Offices of Robert W. Sink, 319 West Front Street Media, PA 19063, is a member of the bars of the District of Columbia (1974) and the Commonwealth of Pennsylvania (2000) and several federal courts, including the U.S. Supreme Court, the U.S. Courts of Appeals for the Third, Fourth, and Tenth Circuit, and the U.S. District Court for the District of Columbia. Mr. Mason received his J.D., *summa cum laude*, from Washington & Lee University Law School (1973) and served as a law clerk to Associate Justice William H. Rehnquist (OT 1975) and Fourth Circuit Judge J. Braxton Craven (1974-75). His experience in class actions and antitrust matters includes:

- Lead plaintiffs' counsel in class actions prosecuted in state courts in Maryland, Pennsylvania, New York, New Jersey, and New Hampshire, against the major domestic automobile manufacturers, seeking remediation or replacement of allegedly uncrashworthy front seats in passenger cars, on behalf of owners.

- Member, Plaintiffs' Steering Committee, Ford/Bridgestone/Firestone class action and personal injury litigation, Philadelphia Court of Common Pleas; Plaintiffs' Counsel, Cooper Tire class action litigation, Philadelphia Court of Common Pleas; and member, State Court Plaintiffs' Steering Committee (multiple states), Fen-Phen Diet Drug medical monitoring class action and personal injury litigation.

- Worldwide Antitrust Counsel, Campbell Soup Company, Camden, N.J. (1991-1993); counsel for corporate executive/defendant in criminal antitrust indictment and trial in *U.S. v. SIGMA et al.* (D.Md.) involving alleged price-fixing among independent gasoline marketers; counsel for plaintiff in civil antitrust treble-damages action, *Rebel Oil Co. v ARCO* (D.Nev.).