UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE COHEN<br>       and<br>SUNDA CROONQUIST,<br>individually and on behalf of all others<br>similarly situated,<br>       Plaintiffs,<br>  v.<br><br>WARNER CHILCOTT PUBLIC LIMITED<br>COMPANY; WARNER CHILCOTT<br>HOLDINGS COMPANY III, LTD.;<br>WARNER CHILCOTT CORPORATION;<br>WARNER CHILCOTT (US) INC.;<br>WARNER CHILCOTT COMPANY, INC.;<br>GALEN (CHEMICALS), LTD.;<br>       and<br>BARR PHARMACEUTICALS, INC.,<br>       Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   1:06-cv-00401 (CKK)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**CONSUMER CLASS PLAINTIFFS' MOTION TO FILE MEMORANDUM AND EXHIBITS UNDER SEAL**

Pursuant to Local Rule 5.1(j) and the Protective Order entered in the above-captioned case, Plaintiffs hereby move this Court for an order to seal Consumer Class Plaintiffs' Memorandum of Law in Support of Their Motion for Class Certification and accompanying exhibits, which contain Confidential or Highly Confidential materials produced by Defendants in this litigation.

Dated:  July 28, 2006

                                                  Respectfully submitted,


                                                  /s/ John M. Mason
                                                  John M. Mason, Esquire
                                                  DC Bar ID#: 193268
                                                  Of Counsel
                                                  **LAW OFFICES OF ROBERT W. SINK**

319 West Front Street  
Media, PA 19063  
Tel:   610-566-0800  
Fax:   610-566-4408  

Robert W. Sink, Esquire  
*Pro Hac Vice*  
**LAW OFFICES OF ROBERT W. SINK**  
319 West Front Street  
Media, PA 19063  
Tel:   610-566-0800  
Fax:   610-566-4408  

**Attorneys for Plaintiffs**