UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE COHEN<br>and<br>SUNDA CROONQUIST,<br>individually and on behalf of all others<br>similarly situated,<br>    Plaintiffs,<br>v.<br><br>WARNER CHILCOTT PUBLIC LIMITED<br>COMPANY; WARNER CHILCOTT<br>HOLDINGS COMPANY III, LTD.;<br>WARNER CHILCOTT CORPORATION;<br>WARNER CHILCOTT (US) INC.;<br>WARNER CHILCOTT COMPANY, INC.;<br>GALEN (CHEMICALS), LTD.;<br>    and<br>BARR PHARMACEUTICALS, INC.,<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:    1:06-cv-00401 (CKK)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF MANUAL FILING UNDER SEAL**

PLEASE TAKE NOTICE that pursuant to Local Rule 5.1(j.) and the Protective Order in the above-captioned case, Consumer Class Plaintiffs' Memorandum of Law in Support of Their Motion for Class Certification was manually filed with the Court under seal.

.

Dated:  July 31, 2006

                 Respectfully submitted,


                 /s/ John M. Mason
                 John M. Mason, Esquire
                 DC Bar ID#: 193268
                 Of Counsel

**LAW OFFICES OF ROBERT W. SINK**
319 West Front Street
Media, PA 19063
Tel:   610-566-0800
Fax:   610-566-4408

Robert W. Sink, Esquire
*Pro Hac Vice*
**LAW OFFICES OF ROBERT W. SINK**
319 West Front Street
Media, PA 19063
Tel:   610-566-0800
Fax:   610-566-4408

**Attorneys for Plaintiffs**