UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE COHEN       and<br>SUNDA CROONQUIST,<br>individually and on behalf of all others<br>similarly situated,<br>      Plaintiffs,<br>      v.<br><br>WARNER CHILCOTT PUBLIC LIMITED COMPANY; WARNER CHILCOTT HOLDINGS COMPANY III, LTD.;<br>WARNER CHILCOTT CORPORATION;<br>WARNER CHILCOTT (US) INC.;<br>WARNER CHILCOTT COMPANY, INC.;<br>GALEN (CHEMICALS), LTD.;<br>      and<br>BARR PHARMACEUTICALS, INC.,<br>      Defendants. | **JURY TRIAL DEMANDED**<br><br>1:06-cv-00401-CKK<br><br>Judge Colleen Kollar-Kotelly |

**PRAECIPE TO CORRECT ELECTRONIC DOCKET ENTRIES**

To the Clerk:

On July 28, 2006, Counsel for Plaintiffs electronically filed a Motion to Certify Class (Docket Entry No. 34). Attachment # 2 (Exhibit A) to this filing was uploaded in error. The correct attachment was uploaded as an attachment to a subsequent filing of that same date: Attachment # 1 (Exhibit Firm Resume) attached to Plaintiffs' Motion to Seal (Docket Entry No. 35, also filed on July 28, 2006). Kindly remove Attachment # 2 (Exhibit A) from Docket Entry No. 34 and substitute in its place Attachment # 1 from Docket Entry No. 35 (Exhibit Firm Resume). Attachment # 1 should then be removed from Docket Entry No. 35.

Respectfully submitted,

**LAW OFFICES OF ROBERT W. SINK**

/s/ John M. Mason
John M. Mason, Esquire
DC Bar ID#: 193268
Of Counsel
**LAW OFFICES OF ROBERT W. SINK**
319 West Front Street

        Media, PA 19063
        Tel:    610-566-0800
        Fax:   610-566-4408

Robert W. Sink, Esquire
*Pro Hac Vice*
**LAW OFFICES OF ROBERT W. SINK**
319 West Front Street
Media, PA 19063
Tel:    610-566-0800
Fax:   610-566-4408

***Attorneys for Plaintiffs***

Date:  August 2, 2006