IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE COHEN and SUNDA CROONQUIST, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>WARNER CHILCOTT PUBLIC LIMITED CO., WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., GALEN (CHEMICALS), LTD., and BARR PHARMACEUTICALS, INC.,<br><br>　　　　　　　Defendants. | Civil Action No. 1:06CV00401<br><br>Judge Colleen Kollar-Kotelly |

**DEFENDANT WARNER CHILCOTT'S
MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS
FROM INDIRECT PURCHASER CONSUMER PLAINTIFFS**

Pursuant to Fed. R. Civ. P. 37(a), Defendants Warner Chilcott Public Limited Company, Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., and Galen (Chemicals) Ltd. ("Warner Chilcott" or "Defendants") bring this motion to compel indirect purchaser consumer Plaintiffs Stephanie Cohen and Sunda Croonquist ("Plaintiffs") to produce documents responsive to Defendants' First Request for Production of Documents, Request Nos. 2, 4, 5, and 9. These

requests seek documents relating to prescriptions and free samples of Combined Hormonal Contraceptive Products ("CHCs") other than Ovcon 35.

The grounds for this motion, as more fully set forth in the attached memorandum of law, are that documents relating to prescriptions and free samples of CHCs other than Ovcon 35 are relevant under Federal Rule of Civil Procedure 26(b)(1), and are not unduly burdensome to produce. Plaintiffs objected to these requests, and instead have sought to exclude from production documents highly relevant to the central issues of this case, such as product market definition.

Counsel for Warner Chilcott advises this Court, pursuant to Local Rule 7(m), that in conversations on July 25, 2006 and again on July 31, 2006, we discussed these issues with counsel for Plaintiffs in a good faith effort to resolve the issues and to narrow the areas of disagreement; that we are unable to resolve this disagreement; and that this motion to compel production is opposed.

August 7, 2006

Respectfully submitted,

By: /s/ Peter C. Thomas

Peter C. Thomas, D.C. Bar # 495928
Andrew M. Lacy, D.C. Bar # 496644

SIMPSON THACHER & BARTLETT LLP
555 11th Street, N.W., Suite 725
Washington, D.C. 20004
(202) 220-7700

*Counsel for Warner Chilcott Defendants*