IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE COHEN and SUNDA CROONQUIST, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT PUBLIC LIMITED CO., WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., GALEN (CHEMICALS), LTD., and BARR PHARMACEUTICALS, INC.,<br><br>Defendants. | Civil Action No. 1:06CV00401<br><br>Judge Colleen Kollar-Kotelly |

**DEFENDANT WARNER CHILCOTT'S
MOTION TO FILE UNDER SEAL**

Pursuant to Civil Local Rule 5.1, Defendants Warner Chilcott Public Limited Company, Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., and Galen (Chemicals) Ltd. ("Warner Chilcott" or "Defendants"), by and through its undersigned counsel, hereby move to file under seal Plaintiff Stephanie Cohen's CVS Pharmacy Patient Prescription Record, marked as "Exhibit C," to Defendant Warner Chilcott's Motion to Compel the Production Of Documents From Indirect Purchaser Consumer Plaintiffs, dated August 7, 2006.

This document contains "confidential" and "sensitive" information concerning Ms. Cohen's patient prescription history as defined by Paragraph 1(a) of the Joint Proposed

Protective Order Governing Discovery Material, dated April 25, 2006 ("Order"). Due to the confidential nature of this document, Defendants hereby request permission, pursuant to Paragraph 11 of the Order, to file this document under seal. A copy of Exhibit C is provided herewith.

August 7, 2006                    Respectfully submitted,

By: ___/s/ Peter C. Thomas___

Peter C. Thomas, D.C. Bar # 495928
Andrew M. Lacy, D.C. Bar # 496644

SIMPSON THACHER & BARTLETT LLP
555 11th Street, N.W., Suite 725
Washington, D.C. 20004
(202) 220-7700

*Counsel for Warner Chilcott Defendants*

**Exhibit C Filed Under Seal**