# Exhibit A

# LAW OFFICES OF
# ROBERT W. SINK

RWS

Robert W. Sink*†
*Member PA Bar
†LL.M. in Trial Advocacy

319 West Front Street
Media, PA 19063
Telephone: 610-566-0800
Facsimile: 610-566-4408

August 21, 2006

**VIA FACSIMILE AND ELECTRONIC SERVICE**

Tiffany A. Liston, Esquire
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954

    Re:    *Cohen v. Warner Chilcott Public Limited Company, et al.*

Dear Ms. Liston:

    As you are aware, the Consumer Plaintiffs filed a response to Warner Chilcott Defendants' motion to compel production of documents on August 18th. It does not appear that the Court will rule on the motion before Sunda Croonquist's deposition on August 24th. In order to avoid the potential burden of all parties having to travel to Los Angeles twice if the Court were to allow Defendants access to documents relating to other CHCs and other drugs, I am inclined to postpone Ms. Croonquist's deposition until the Court rules on the motion. Moreover, due to Ms. Croonquist's unique travel schedule, it would be burdensome to potentially have to schedule two separate depositions. I believe that you will agree that this is the most reasonable approach under the circumstances. Accordingly, we will make Ms. Croonquist available for her deposition at a mutually convenient time immediately following the Court's ruling on the motion to compel.

                                      Very truly yours,

                                      ROBERT W. SINK

RWS/mm
Enclosures
cc:    Contact attorneys (w/o enclosures via http://ovcon.securedealroom.com)