Exhibit B

# SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE: (212) 455-2502

DIRECT DIAL NUMBER

212-455-3326

E-MAIL ADDRESS

tliston@stblaw.com

BY ELECTRONIC SERVICE          August 21, 2006

Re:   Stephanie Cohen and Sunda Croonquist v. Warner
      Chilcott Holdings Company III, Ltd., et. al.
      No. 1:06-CV-00401 (CKK) (D.D.C.)

Robert W. Sink, Esq.
Law Offices of Robert W. Sink
319 West Front Street
Media, PA  19063

Dear Robert:

      I write concerning your August 21, 2006 letter regarding the postponement of Sunda Croonquist's deposition scheduled for August 24, 2006. We do not agree to postpone Ms. Croonquist's deposition to a time following the Court's ruling on Defendants' motion to compel.

      Earlier this month, after we informed you that we were likely to file a motion to compel, *you* proposed and committed to making your clients available for any follow-up depositions with respect to any documents or interrogatory responses that the Court may order produced as a result of Defendants' contemplated motion to compel. We agreed to your proposal at that time, and do not believe that it is now reasonable to postpone Ms. Croonquist's deposition just three days before its scheduled date in Los Angeles.

      Had Ms. Croonquist produced the information responsive to Defendants' reasonably narrow discovery requests in a timely fashion, there would be no need to reopen Ms. Croonquist's deposition. Rather, you have insisted on withholding discoverable information in Ms. Croonquist's control—even to the point of improperly redacting non-privileged information from the documents just produced last Friday on behalf of Ms. Croonquist. Defendants' opposition to the consumers' motion for class certification is due in just over a month, and there is no guarantee that the Court will rule on Defendants' motion to compel in time for a deposition in Los Angeles to be held prior to that date.

LOS ANGELES      PALO ALTO      HONG KONG      LONDON      TOKYO

SIMPSON THACHER & BARTLETT LLP

Robert W. Sink, Esq.          -2-          August 21, 2006

      Thus, we intend to go forward as planned with Ms. Croonquist's deposition on August 24th, and to hold her deposition open pending the Court's ruling on the motion to compel.

Very truly yours,

*[signature]*

Tiffany A. Liston

cc:     Contact Attorneys (Via SecureDealRoom)