Exhibit C

SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

———

FACSIMILE: (212) 455-2502

DIRECT DIAL NUMBER                                                                                    E-MAIL ADDRESS

212-455-3326                                                                                    tliston@stblaw.com


BY ELECTRONIC SERVICE                         August 2, 2006


Re:    Stephanie Cohen and Sunda Croonquist v. Warner
       Chilcott Holdings Company III, Ltd., et. al.
       No. 1:06-CV-00401 (CKK) (D.D.C.)


Robert W. Sink, Esq.
Law Offices of Robert W. Sink
319 West Front Street
Media, PA  19063

Dear Robert:

I write to confirm our discussions regarding the parties' proposed deposition dates.

We are available to depose Stephanie Cohen on August 16, 2006 at our offices at 425 Lexington Avenue, New York, NY 10001, starting at 9:00 a.m.

We are also available to depose Sunda Croonquist on August 24, 2006 in Los Angeles, at a location and time to be determined.

I am also confirming your commitment in our last call that plaintiffs will be made available for follow-up depositions with respect to any documents or interrogatory responses that the Court may order produced as a result of Defendants' contemplated motion to compel.  If this was not your understanding of our agreement, please let us know.

Very truly yours,

Tiffany A. Liston


cc:    Contact Attorneys (Via SecureDealRoom)


LOS ANGELES        PALO ALTO        WASHINGTON, D.C.        HONG KONG        LONDON        TOKYO