UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEPHANIE COHEN                              :
    and                                       :
SUNDA CROONQUIST,                            :
individually and on behalf of all others     :
similarly situated,                          :
    Plaintiffs,                               :
    v.                                        :
                    : **JURY TRIAL DEMANDED**
WARNER CHILCOTT PUBLIC LIMITED               :
COMPANY; WARNER CHILCOTT                     : 1:06-cv-00401-CKK
HOLDINGS COMPANY III, LTD.;                  :
WARNER CHILCOTT CORPORATION;                 : Judge Colleen Kollar-Kotelly
WARNER CHILCOTT (US) INC.;                   :
WARNER CHILCOTT COMPANY, INC.;               : Electronically Filed
GALEN (CHEMICALS), LTD.;                     :
    and                                       :
BARR PHARMACEUTICALS, INC.,                  :
    Defendants.                               :

**MOTION FOR LEAVE TO FILE A
SUR REPLY MEMORANDUM OF LAW
IN SUPPORT OF CONSUMER PLAINTIFFS' MEMORANDUM OF POINTS
AND AUTHORITIES IN OPPOSITION TO DEFENDANTS'
MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS**

  Pursuant to F.R.C.P. 15, and based upon misstatements made in Defendants' Reply Brief, Consumer Plaintiffs hereby move for leave to file the Sur-Reply Memorandum of Law attached hereto as Exhibit "A".

Dated: August 24, 2006

            Respectfully submitted,

            /s/ John M. Mason
            John M. Mason, Esquire
            DC Bar ID#: 193268
            Of Counsel
            **LAW OFFICES OF ROBERT W. SINK**
            319 West Front Street
            Media, PA 19063
            Tel: 610-566-0800

Fax:   610-566-4408

Robert W. Sink, Esquire
*Pro Hac Vice*
**LAW OFFICES OF ROBERT W. SINK**
319 West Front Street
Media, PA 19063
Tel:   610-566-0800
Fax:   610-566-4408

***Attorneys for Plaintiffs***