# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE COHEN : | |
| and : | |
| SUNDA CROONQUIST, : | |
| individually and on behalf of all others : | |
| similarly situated, : | |
|     Plaintiffs, : | |
|     v. : | |
| : | **JURY TRIAL DEMANDED** |
| WARNER CHILCOTT PUBLIC LIMITED : | |
| COMPANY; WARNER CHILCOTT : | 1:06-cv-00401-CKK |
| HOLDINGS COMPANY III, LTD.; : | |
| WARNER CHILCOTT CORPORATION; : | Judge Colleen Kollar-Kotelly |
| WARNER CHILCOTT (US) INC.; : | |
| WARNER CHILCOTT COMPANY, INC.; : | |
| GALEN (CHEMICALS), LTD.; : | |
|     and : | |
| BARR PHARMACEUTICALS, INC., : | |
|     Defendants. : | |

**CONSUMER CLASS PLAINTIFFS' OBJECTIONS AND RESPONSES TO
WARNER CHILCOTT DEFENDANTS'
FIRST INTERROGATORIES**

Plaintiffs, Stephanie Cohen and Sunda Croonquist, hereby respond

pursuant to Rule 33 of the Federal Rules of Civil Procedure to Warner Chilcott

Defendants' First Interrogatories to Plaintiffs Stephanie Cohen and Sunda

Croonquist ("Defendants' First Interrogatories").

**GENERAL OBJECTIONS**

The following general objections apply to each of the interrogatories

propounded by Defendants and, unless otherwise stated, shall have the same

force and effect as if set forth in full in response to each of the separate

numbered interrogatories in Defendants' First Interrogatories.

1. Plaintiffs object to all instructions, definitions, and interrogatories to the extent that they call for Plaintiffs to do more than is required under the Federal Rules of Civil Procedure, the Local Civil Rules of this Court (the "Local Rules"), or the Case Management Order entered by this Court.

2. Plaintiffs object to each interrogatory to the extent that it seeks information not relevant to the claims or defenses of any party and is not reasonably calculated to lead to the discovery of admissible evidence.

3. Plaintiffs object to each interrogatory to the extent that it is unreasonably cumulative or duplicative.

4. Plaintiffs object to each interrogatory to the extent that it seeks information covered by the attorney-client privilege, the common interest privilege, the work product doctrine, or any other privilege or immunity.

5. Plaintiffs reserve all objections that may be available to them at any hearing or trial or on any motion to the use or admissibility of any answers to interrogatories.

6. Plaintiffs reserve the right to supplement or amend these responses.

7. Plaintiffs object to each interrogatory to the extent that it requests information that is in the public domain and is therefore equally available to all parties.

8. Plaintiffs object to Definition 1 of "you" and "yours" as overly broad and unduly burdensome.

9.  Plaintiffs object to Definition 7 of "Combined Hormonal Contraceptive," "CHC," or "CHC product" as vague, overly broad, and unduly burdensome.

10. Plaintiffs object to Instructions 17 through 25 as imposing requirements beyond those set forth in the Federal Rules of Civil Procedure, the Local Rules, and the Case Management Order.

## RESPONSES TO SPECIFIC INTERROGATORIES

### RESPONSE TO INTERROGATORY NO. 1.

Stephanie Cohen:

Stephanie Cohen, formerly Stephanie Prevosto (maiden name married 10/12/03)
42 Page Drive, Hicksville, NY 11801
SS# 077 64 7001
DOB 06/06/69
Claims specialist

Sunda Croonquist:

Sunda Croonquist
10933 Wellworth Avenue - Apt. 13
Los Angeles, CA 90024
SS# 135 60 8192
DOB 11/05/66
Entertainer/comedian

### RESPONSE TO INTERROGATORY NO. 2.

Stephanie Cohen:

Royal & SunAlliance, August 2002 through present, claims representative until July 2005 and now a claims specialist, have no union or any collective bargaining unit.

Russo & Pedranghulu, September 1997-August 2002, legal assistant, had no union or any collective bargaining unit.

Sunda Croonquist:

3

Self-employed, January 1, 2000 through present, entertainer/comedian, S.A.G., A.F.T.A., and Equity.

**RESPONSE TO INTERROGATORY NO. 3.**

Plaintiffs object to this Interrogatory on the grounds that it is overly broad, unduly burdensome, seeks information not relevant to the claims or defenses of any party and is not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE TO INTERROGATORY NO. 4.**

Plaintiffs object to this Interrogatory on the grounds that it is overly broad, unduly burdensome, seeks information not relevant to the claims or defenses of any party and is not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE TO INTERROGATORY NO. 5.**

Stephanie Cohen:

Dr. Angel Garrido, University Plaza OB/GYN, 877 Stewart Ave., Garden City, NY 11530

  a) Scheduled exams;
  b) 06/12/00 wellness annual visit
     03/19/01 wellness annual visit
     06/27/01 sonogram
     10/15/01 6 month f/up visit
     07/01/02  wellness annual visit
     03/03/03 wellness annual visit
     11/03/03 6 month f/up  visit
     05/17/04  wellness annual visit
     06/02/04 sonogram
     06/28/05 wellness annual visit
     07/06/05  sonogram
     01/16/05 wellness annual visit
     01/19/05 sonogram and short visit with Dr. on results;
  c) Ovcon 35;

4

    d) was given Ovcon prescriptions and was given Ovcon samples when doctor had them;
    e) N/A

Sunda Croonquist:

Dr. Brian Koos, UCLA Medical Center, Los Angeles, CA
    a) Routine scheduled exam;
    b) Last visit: 6/14/06 at 3:00 pm;
    c) Ovcon 35;
    d) N/A;
    e) N/A

### RESPONSE TO INTERROGATORY NO. 6.

Stephanie Cohen:

When doctor had them, I was given free samples usually 6 months or less depending on what he had. Either was given the birth control in separate boxes or a few boxes in some type of carrying kit with menstrual flow charts, hand lotion sample and black felt case to hold the birth control. The instruction information would be inside each birth control box.

Sunda Croonquist:

None

### RESPONSE TO INTERROGATORY NO. 7.

Stephanie Cohen:

Oxford Health Plans, P.O. Box 7081, Bridgeport, CT 06601, under my SS# 077 64 7001 medical coverage began 1/1/98 through 8/31/02. I was principal insured and same was under my maiden name Stephanie Prevosto.

United Health Care Silver PPO, 2 Penn Plaza, 7th Floor, New York, NY 10121, August 2002 thru December 31, 2005 and from January 1, 2006 thru Present Choice Plus Plan under SUB# 944876083 and Group # 228543. I am the principal insured.

<u>Sunda Croonquist:</u>

Oxford Health Plans, P.O. Box 7081, Bridgeport, CT 06601
Subscriber: Mark Zafrin (principal insured)
Policy Number: 828710702
Member I.D.: 828710712406092

Empire Health Care
Policy Number: YLD054468919
Group Number: 390646

S.A.G. Plan, 5757 Wilshire Boulevard, Los Angeles, CA 90036
Information to be provided.

**RESPONSE TO INTERROGATORY NO. 8.**

Plaintiffs object to this Interrogatory on the grounds that it is overly broad, unduly burdensome, seeks information not relevant to the claims or defenses of any party and is not reasonably calculated to lead to the discovery of admissible evidence.

**RESPONSE TO INTERROGATORY NO. 9.**

Plaintiffs object to this Interrogatory on the grounds that it is overly broad, unduly burdensome, seeks information not relevant to the claims or defenses of any party and is not reasonably calculated to lead to the discovery of admissible evidence. Moreover, Plaintiffs object to this interrogatory to the extent that it seeks information covered by the attorney-client privilege.

**RESPONSE TO INTERROGATORY NO. 10.**

Plaintiffs have not yet determined the exact total of damages as Plaintiffs' damages are continuing. Discovery is ongoing. Plaintiffs' expert reports will be provided pursuant to the Case Management Order.

**RESPONSE TO INTERROGATORY NO. 11.**

Plaintiffs object to this Interrogatory on the grounds that it is vague. Subject to and without waiving this specific objection and the General Objections set forth above, Plaintiffs have defined the proposed class as follows:

> All persons throughout the United States who purchased Ovcon for personal use at any time during the period from April 22, 2004 to the present seeking injunctive relief under the Sherman Act (Counts I and II);
>
> All persons who purchased, in any of the "Indirect Purchaser States," Ovcon for personal use at any time during the period from April 22, 2004 to the present (Count III) (hereinafter "Indirect Purchaser Subclass"), excluding any persons who suffered no economic harm as a result of Defendants' conduct;
>
> All persons who purchased, in any of the fifty states, Ovcon for personal use at any time during the period from April 22, 2004 to the present (Count IV);
>
> Excluded from the above classes are all governmental entities and the Defendants and their respective subsidiaries and affiliates.

Plaintiffs reserve the right to supplement this response as discovery is ongoing.

Date: June 20, 2006

Respectfully submitted,

**LAW OFFICES OF ROBERT W. SINK**

/s/ Robert W. Sink
Robert W. Sink, Esquire
*Pro Hac Vice*
**LAW OFFICES OF ROBERT W. SINK**
319 West Front Street
Media, PA 19063
Tel: 610-566-0800
Fax: 610-566-4408

7

        John M. Mason, Esquire
        DC Bar ID#: 193268
        Of Counsel
        **LAW OFFICES OF ROBERT W. SINK**
        319 West Front Street
        Media, PA 19063
        Tel:   610-566-0800
        Fax:   610-566-4408

        ***Attorneys for Plaintiffs,***
        ***Stephanie Cohen and***
        ***Sunda Croonquist***