IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE COHEN and SUNDA CROONQUIST<br><br>Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT PUBLIC LIMITED CO., WARNER CHILCOTT HOLDINGS COMPANY III, LTD., ET. AL.,<br><br>Defendants. | Civil Action No. 1:06-CV-00401 (CKK) (D.D.C.)<br><br>Judge Colleen Kollar-Kotelly |

**JOINT MOTION AND STIPULATION TO EXTEND BRIEFING DEADLINES RELATING TO CONSUMER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Plaintiffs Stephanie Cohen and Sunda Croonquist ("Consumer Plaintiffs") and Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc. (together "Warner Chilcott") and Barr Pharmaceuticals, Inc. ("Barr") (collectively the "Defendants"), by their respective undersigned attorneys, hereby stipulate to, and respectfully move this Honorable Court to set, the following schedule for briefing in support of and opposition to Consumer Plaintiffs' motion for class certification. In support thereof, the parties jointly state as follows:

    1.    Consumer Plaintiffs filed their motion for class certification on July 28, 2006.

2.  The Court's Case Management Order specifies that Defendants' opposition to Consumer Plaintiffs' Motion for Class Certification shall be filed by September 29, 2006 and Consumer Plaintiffs' reply shall be filed by November 29, 2006.

3.  A disagreement exists between the parties as to whether plaintiffs' expert, Edward J. Heiden, can be deposed separately on class certification and the merits. An extension to the class certification briefing schedule will allow Defendants time to seek the Court's intervention to resolve this dispute.

4.  Accordingly, the parties have stipulated and ask this Court to enter a briefing schedule whereby Defendants will have until and including December 22, 2006 to file their opposition brief; and Consumer Plaintiffs will have until and including February 22, 2007, to file their reply brief.

WHEREFORE, Consumer Plaintiffs and Defendants respectfully stipulate to, and ask this Court to enter, extensions of time on class certification briefing as follows: (1) Defendants' memorandum in opposition to Consumer Plaintiffs' motion for class certification will be due on or before December 22, 2006; and (2) Consumer Plaintiffs' reply memorandum will be due on or before February 22, 2007.

Date:  September 26, 2006                    Respectfully submitted,

/s/ Peter C. Thomas
Peter C. Thomas (D.C. Bar # 495928)
Andrew M. Lacy (D.C. Bar # 496644)
SIMPSON THACHER & BARTLETT LLP
601 Pennsylvania Avenue, N.W.
North Building
Washington, District of Columbia 20004
(202) 220-7700
(202) 220-7702 (fax)

Charles E. Koob, *pro hac vice*
Tiffany A. Liston, *pro hac vice*
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000
(212) 455-2502 (fax)

*Counsel for Warner Chilcott Holdings Company III, Ltd, Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc.*


            /s/ Karen N. Walker
Karen N. Walker (D.C. Bar # 412137)
Mark L. Kovner (D.C. Bar # 430431)
Chong S. Park (D.C. Bar # 463050)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, District of Columbia 20005
(202) 879-5000
(202) 879-5200 (fax)

*Counsel for Barr Pharmaceuticals, Inc.*


            /s/ John M. Mason

John M. Mason (D.C. Bar # 193268)
Robert W. Sink, *pro hac vice*
LAW OFFICES OF ROBERT W. SINK
319 West Front Street
Media, PA 19063
(610) 566-0800
(610) 566-4408 (fax)

*Counsel for Stephanie Cohen and Sunda Croonquist*

3