## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,

    Defendants.

Civil Action No: 1:05CV02179 (CKK)
Judge Colleen Kollar-Kotelly

---

STATE OF COLORADO, *et al.*,

    Plaintiffs,

v.

WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,

    Defendants.

Civil Action No: 1:05CV02182 (CKK)
Judge Colleen Kollar-Kotelly

---

MEIJER, INC., *et al.*,

    Plaintiffs,

v.

WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,

    Defendants.

Civil Action No: 1:05CV02195 (CKK)
Judge Colleen Kollar-Kotelly

| | |
|---|---|
| ------------------------------------------------------- x<br>VISTA HEALTHPLAN, INC., *et al.*,   :<br>　　　　Plaintiffs,   :<br>　　　　　　　　　　　　　　　　　　:<br>v.   :<br>　　　　　　　　　　　　　　　　　　:<br>WARNER CHILCOTT HOLDINGS COMPANY   :<br>III, LTD., *et al.*,   :<br>　　　　Defendants.   :<br>------------------------------------------------------- x | Civil Action No: 1:05CV02327 (CKK)<br>Judge Colleen Kollar-Kotelly |
| ------------------------------------------------------- x<br>STEPHANIE COHEN, *et al.*,   :<br>　　　　Plaintiffs,   :<br>　　　　　　　　　　　　　　　　　　:<br>v.   :<br>　　　　　　　　　　　　　　　　　　:<br>WARNER CHILCOTT PUBLIC LIMITED   :<br>COMPANY, *et al.*,   :<br>　　　　Defendants.   :<br>------------------------------------------------------- x | Civil Action No: 1:06CV00401 (CKK)<br>Judge Colleen Kollar-Kotelly |
| ------------------------------------------------------- x<br>WALGREEN CO., *et al.*,   :<br>　　　　Plaintiffs,   :<br>　　　　　　　　　　　　　　　　　　:<br>v.   :<br>　　　　　　　　　　　　　　　　　　:<br>WARNER CHILCOTT HOLDINGS COMPANY   :<br>III, LTD., *et al.*,   :<br>　　　　Defendants.   :<br>------------------------------------------------------- x | Civil Action No: 1:06CV00494 (CKK)<br>Judge Colleen Kollar-Kotelly |

2

```
------------------------------------------------------- x
CVS PHARMACY, INC., et al.,                             :
                                                        :
        Plaintiffs,                                     :
                                                        :
v.                                                      :   Civil Action No: 1:06CV00795 (CKK)
                                                        :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                        :
III, LTD., et al.,                                      :
                                                        :
        Defendants.                                     :
------------------------------------------------------- x
```

**MOTION OF DEFENDANTS**
**FOR ADMISSION *PRO HAC VICE***

Pursuant to LCvR 83.2 and the attached declaration, Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., Warner Chilcott Public Limited Company, and Galen (Chemicals) Ltd. (collectively "Defendants") move for the admission of Ann Marie Blaylock of the law firm Simpson Thacher & Bartlett LLP to represent Defendants in these actions. Ms. Blaylock is a member in good standing of the following bar: the State of New York. The undersigned, who is a member in good standing of the bar of this Court, shall act as co-counsel with Ms. Blaylock should this Motion be granted.

October 3, 2006                                       Respectfully submitted,

                                        By:   /s/ Peter C. Thomas
                                              _____
                                              Peter C. Thomas, D.C. Bar # 495928
                                              SIMPSON THACHER & BARTLETT LLP
                                              601 Pennsylvania Avenue, N.W.
                                              North Building
                                              Washington, D.C.  20004
                                              (202) 220-7700

                                              *Counsel for Defendants*