UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEPHANIE COHEN, *et al.*,

   Plaintiffs,

     v.

WARNER CHILCOTT HOLDINGS
COMPANY III, LTD*., et al.*,

   Defendants.

Civil Action No. 06-401 (CKK)

**ORDER**

    Defendant Warner Chilcott's [40] Motion to Compel the Production of Documents from Indirect Purchaser Consumer Plaintiffs, filed August 7, 2006, has been referred to Magistrate Judge Kay for resolution pursuant to LCvR 72.2(a).

    Accordingly, it is this 4th day of October, 2006,

    **SO ORDERED**.

                                              */s/*
                                          COLLEEN KOLLAR-KOTELLY
                                          United States District Judge

Copy to:

Magistrate Judge Kay