# WARNER CHILCOTT LTD

## FORM S-1
(Securities Registration Statement)

## Filed 10/20/2006

| | |
|---|---|
| Address | 22 VICTORIA ST CANONS COURT |
| | HAMILTON HM 12 BERMUDA, 00000 |
| Telephone | 441-295-2244 |
| CIK | 0001323854 |
| Industry | Biotechnology & Drugs |
| Sector | Healthcare |
| Fiscal Year | 12/31 |

Powered By EDGAR Online

http://www.edgar-online.com/
© Copyright 2006. All Rights Reserved.
Distribution and use of this document restricted under EDGAR Onlines Terms of Use.

*Revenue*

The following table sets forth our unaudited revenue for the six months ended June 30, 2006 and 2005, with the corresponding percent change:

| (dollars in millions) | Six Months Ended June 30, 2006 | Six Months Ended June 30, 2005 | Increase (decrease) Dollars | Increase (decrease) Percent |
|---|---|---|---|---|
| **Oral Contraception** | | | | |
| Ovcon | $ 47.2 | $ 43.8 | $ 3.4 | 7.8% |
| Estrostep | 53.4 | 38.6 | 14.8 | 38.5% |
| Loestrin 24 Fe | 7.6 | — | 7.6 | 100% |
| Total | $108.2 | $ 82.4 | $ 25.8 | 31.4% |
| **Hormone Therapy** | | | | |
| Estrace Cream | $ 32.7 | $ 24.1 | $ 8.6 | 35.5% |
| femhrt | 26.6 | 30.5 | (3.9) | (12.8)% |
| Femring | 5.0 | 5.0 | — | — |
| Estrace Tablets | 3.7 | 6.4 | (2.7) | (43.1)% |
| Femtrace | 1.1 | — | 1.1 | 100% |
| Total | $ 69.1 | $ 66.0 | $ 3.1 | 4.6% |
| **Dermatology** | | | | |
| Doryx | $ 50.7 | $ 40.9 | $ 9.8 | 23.9% |
| Dovonex | 73.7 | — | 73.7 | 100% |
| Taclonex | 18.0 | — | 18.0 | 100% |
| Total | $142.4 | $ 40.9 | $101.5 | 248.3% |
| **PMDD** | | | | |
| Sarafem | $ 19.9 | $ 23.5 | $ (3.6) | (15.1)% |
| **Other Product Sales** | | | | |
| Other | 4.4 | 12.7 | (8.3) | (65.4)% |
| Contract manufacturing | 9.4 | 11.4 | (2.0) | (17.7)% |
| **Total Product Net Sales** | $353.4 | $236.9 | $116.5 | 49.2% |
| **Other Revenue** | | | | |
| Dovonex co-promotion | — | 10.9 | (10.9) | (100)% |
| **Total Revenue** | $353.4 | $247.8 | $105.6 | 42.6% |

Revenue in the six months ended June 30, 2006 was $353.4 million, an increase of $105.6 million or 42.6% over the same period in 2005. The January 1, 2006 acquisition of Dovonex was a significant factor driving the increase in revenue. Total revenue for Dovonex accounted for $62.8 million of the increase for the six month period. Also contributing to the increase in revenue were two products which began commercial sales in March 2006, Taclonex and Loestrin 24 Fe, which together contributed $25.6 million of growth for the six months ended June 30, 2006.

In the first quarter of 2005 we entered into distribution agreements with two of our major customers. During the period from April 1 through December 31, 2005, these distributors substantially reduced their investment in inventories of our products, which had the effect of reducing our net sales during that period. We believe the pipeline inventories of our products as of December 31, 2005 were reduced to a level such that the majority of the net sales impact from the two agreements was realized in 2005. During the quarter ended June 30, 2005, one of these distributors substantially reduced their

Table of Contents

*Revenue*

The following table sets forth our revenue for the year ended December 31, 2005 (Successor) and the fiscal year ended September 30, 2004 (Predecessor) with the changes over the prior year period:

| | Successor | Predecessor | Increase / (Decrease) | |
|---|---|---|---|---|
| | Year Ended December 31, 2005 | Fiscal Year Ended September 30, 2004 | Dollars | Percent |
| (dollars in millions) | | | | |
| **Oral Contraceptives** | | | | |
| Ovcon | $ 90.2 | $ 71.5 | $ 18.7 | 26.1% |
| Estrostep | 81.3 | 61.7 | 19.6 | 31.8% |
| Loestrin (United States and Canada) | — | 26.3 | (26.3) | n.m. |
| Total | $ 171.5 | $ 159.5 | $ 12.0 | 7.5% |
| **Hormone Therapy** | | | | |
| Estrace Cream | 53.9 | 58.1 | (4.2) | (7.3)% |
| femhrt | 61.2 | 70.5 | (9.3) | (13.3)% |
| Femring | 10.7 | 8.3 | 2.4 | 28.4% |
| Estrace Tablets | 9.2 | 14.7 | (5.5) | (37.4)% |
| Femtrace | 2.4 | — | 2.4 | n.m. |
| Total | $ 137.4 | $ 151.6 | $(14.2) | (9.5)% |
| **Dermatology** | | | | |
| Doryx | $ 95.8 | $ 69.5 | $ 26.3 | 37.9% |
| **PMDD** | | | | |
| Sarafem | 41.6 | 59.5 | (17.9) | (30.1)% |
| **Other Product Sales** | | | | |
| Other products | 23.5 | 34.0 | (10.5) | (30.6)% |
| Contract manufacturing | 24.5 | 8.3 | 16.2 | 195.3% |
| **Total Product Net Sales** | $ 494.3 | $ 482.4 | $ 11.9 | 2.5% |
| **Other Revenue** | | | | |
| Dovonex co-promotion | 21.0 | 7.8 | 13.2 | 169.2% |
| **Total Revenue** | $ 515.3 | $ 490.2 | $ 25.1 | 5.1% |

Revenue in the year ended December 31, 2005 was $515.3 million, an increase of 5.1% over the fiscal year ended September 30, 2004. Excluding the non-strategic and low margin contract manufacturing revenue and the $26.3 million in sales of the divested Loestrin products in the 2004 period, our revenue growth was 7.7%.

We sell our products through distributors and wholesalers, and directly to certain national retail drug and grocery store chains and selected mass merchants. Several of our largest customers have moved to so-called "fee for service" business models. Under the fee for service model, we pay these customers a fee for distributing our products to retailers. The former model relied heavily on speculative buying in advance of price increases and profits on resale to generate the distributors' profits and they had economic incentives to hold more inventory than needed to serve their customers' demands. As a result of the move to the fee for service model, distributors' incentives for holding excess inventory, what we call pipeline inventory, are eliminated. We believe that over the longer term, the change to fee for service distribution models will benefit us in several significant ways. First, our

result of sharp declines in overall prescription demand offset by contractions of pipeline inventories in the prior year period and the impact of price increases of approximately 17%. We believe that Sarafem, which is patent protected until May 2008, is facing significant indirect competition from generic fluoxetine, the active ingredient in Sarafem and branded SSRIs that are increasingly targeting the PMDD market.

In 2005, we recorded revenues of $24.5 million from contract manufacturing activities in our facility in Fajardo, Puerto Rico compared to $8.3 million in fiscal year 2004. The Fajardo facility was purchased in May 2004.

*Cost of Sales (excluding amortization and impairment of intangible assets)*

Reported cost of sales increased $41.7 million to $95.2 million in 2005 from $53.5 million in the prior fiscal year. The reported cost of sales as a percentage of product net sales in 2005 was 19.3% compared to 11.1% in the prior fiscal year. Inventory step up included in cost of sales in 2005 of $22.4 million represents the increased value of our opening inventory recorded through the allocation of the Acquisition purchase price. Excluding the impact of the increased value of our opening inventory, our adjusted cost of sales increased $19.3 million or 36.2% over the prior year period and the cost of sales percentage, similarly adjusted, increased from 11.1% in the prior fiscal year to 14.7% in the year ended December 31, 2005. Significant items contributing to the increase in the adjusted cost of sales percentage were higher contract manufacturing sales, an increase in the unit cost of Ovcon 35 under our supply agreement with Barr as compared with the prior supply agreement with Bristol-Myers and the elimination of high-margin Loestrin sales in 2005 (sold to Barr in March 2004).

| | Successor | Predecessor | Increase/ (Decrease) | |
|---|---|---|---|---|
| | Year Ended December 31, 2005 | Fiscal Year Ended September 30, 2004 | Dollars | Percent |
| **(dollars in millions)** | | | | |
| Product net sales | $ 494.3 | $ 482.4 | $11.9 | 2.5% |
| Cost of sales (excluding amortization and impairment), as reported | 95.2 | 53.5 | 41.7 | 78.0% |
| Cost of sales percentage | 19.3% | 11.1% | | |
| Cost of sales (excluding amortization and impairment), as reported | 95.2 | $ 53.5 | $41.7 | 78.0% |
| Less: inventory step up | 22.4 | — | 22.4 | n.m. |
| Adjusted cost of sales (excluding amortization and impairment) | $ 72.8 | $ 53.5 | $19.3 | 36.2% |
| Adjusted cost of sales percentage | 14.7% | 11.1% | | |

*Selling, General and Administrative Expenses*

Selling, general and administrative expenses in 2005 were $162.7 million, an increase of $16.5 million, or 11.3% from $146.2 million in 2004. This increase included operating costs totaling $7.8 million that we incurred during the period in connection with the closing of the Acquisition in January 2005. These costs were mainly employee retention compensation and fees for outside services. Also included in SG&A in 2005 are $4.9 million of management fees to the Company's equity sponsor group and $6.5 million of non-cash expenses associated with the new share-based compensation plans put in place in connection with the closing of the Acquisition. SG&A expenses for the year ended September 30, 2004 included $3.2 million of costs for professional fees related to the