IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STEPHANIE COHEN, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et. al.*,<br><br>    Defendants. | Civil Action No: 1:06CV00401 (CKK)<br><br>Jury Trial Demanded |

## JOINT STIPULATION TO EXTEND CLASS CERTIFICATION BRIEFING SCHEDULE

Plaintiffs Stephanie Cohen, and Sunda Croonquist, (collectively the "Consumer Class Plaintiffs") and Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., and Galen (Chemicals), Ltd. (together "Warner Chilcott"), and Barr Pharmaceuticals, Inc. (collectively the "Defendants") are engaged in settlement discussions. The parties, by their respective undersigned attorneys, hereby stipulate to, and respectfully move the Court to extend time for class certification briefing to facilitate ongoing settlement discussions. As described below, under the proposed revised schedule, all class certification briefing will be completed by May 2, 2007, prior to the Court's status conference scheduled for May 4, 2007. In support thereof, the Consumer Class Plaintiffs and the Defendants jointly state as follows:

1.    The Court's November 27, 2006 Order specifies that the Consumer Class Plaintiffs shall file their motion for class certification by January 29, 2006; that the Defendants' opposition to the Consumer Class Plaintiffs' motion for class certification shall be due on March

2, 2007; and that the Consumer Class Plaintiffs' reply memorandum shall be due on or before April 6, 2007.

2.    The Consumer Class Plaintiffs and the Defendants have agreed to a revised class certification briefing schedule so that the parties can concentrate their efforts on mediation and settlement discussions.

3.    To facilitate their settlement discussions, the Consumer Class Plaintiffs and the Defendants have agreed and ask this Court to enter a class certification schedule whereby: 1) the Consumer Class Plaintiffs shall file their motion for class certification on or before March 12, 2007; 2) the Defendants' opposition to the Consumer Class Plaintiffs' motion for class certification shall be due on or before April 6, 2007; and 3) the Consumer Class Plaintiffs' reply memorandum shall be due on or before May 2, 2007.

WHEREFORE, the Consumer Class Plaintiffs and the Defendants respectfully stipulate to, and ask this Court to enter the following orders:

1. The Consumer Class Plaintiffs' motion for class certification shall be due on March 12, 2007.

2. The Defendants' opposition to the Consumer Class Plaintiffs' motion for class certification shall be due on or before April 6, 2007.

3. The Consumer Class Plaintiffs' reply memorandum, shall be due on or before May 2, 2007.

Date:   January 22, 2007                      Respectfully submitted,

/s/ John M. Mason

John M. Mason (D.C. Bar # 193268)
Robert W. Sink (*Pro Hac Vice*)
LAW OFFICES OF ROBERT W. SINK
319 West Front Street

Media, PA 19063
(610) 566-0800
(610) 566-4408
*Counsel for Stephanie Cohen and Sunda Croonquist*

/s/ Peter C. Thomas

---

Peter C. Thomas (D.C. Bar # 495928)
Andrew M. Lacy (D.C. Bar # 496644)
SIMPSON THACHER & BARTLETT LLP
601 Pennsylvania Avenue, N.W.
North Building
Washington, DC 20004
(202) 220-7700
(202) 220-7702 (fax)

Charles E. Koob (*Pro Hac Vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000
(212) 455-2502 (fax)

*Counsel for Warner Chilcott Holdings Company III, Ltd, Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc.*


/s/ Mark L. Kovner

---

Mark L. Kovner (D.C. Bar # 430431)
Karen N. Walker (D.C. Bar # 412137)
Chong S. Park (D.C. Bar # 463050)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005
(202) 879-5000
(202) 879-5200 (fax)

*Counsel for Barr Pharmaceuticals, Inc.*