**REDACTED**
**PURSUANT TO PROTECTIVE ORDER**