UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE COHEN<br>   and<br>SUNDA CROONQUIST,<br>individually and on behalf of all others<br>similarly situated,<br>          Plaintiffs,<br>   v.<br><br>WARNER CHILCOTT PUBLIC LIMITED<br>COMPANY; WARNER CHILCOTT<br>HOLDINGS COMPANY III, LTD.;<br>WARNER CHILCOTT CORPORATION;<br>WARNER CHILCOTT (US) INC.;<br>WARNER CHILCOTT COMPANY, INC.;<br>GALEN (CHEMICALS), LTD.;<br>   and<br>BARR PHARMACEUTICALS, INC.,<br>          Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:    1:06-cv-00401 (CKK)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF MANUAL FILING UNDER SEAL**

PLEASE TAKE NOTICE that pursuant to Local Rule 5.1(j) and the Protective Order in the above-captioned matter, the Memorandum of Law in Support of Consumer Class Plaintiffs' Motion for Class Certification and accompanying exhibits were manually filed with the Court under seal.

                              Respectfully submitted,

                              *[signature]*
                              _____

                              Robert W. Sink, Esquire
                              *Pro Hac Vice*
                              John M. Mason, Esquire
                              DC Bar ID#: 193268
                              **LAW OFFICES OF ROBERT W. SINK**
                              319 West Front Street
                              Media, PA 19063
                              Tel:   610-566-0800
                              Fax:   610-566-4408

Dated: March 23, 2007         ***Attorneys for Plaintiffs***