UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE COHEN<br>    and<br>SUNDA CROONQUIST,<br>individually and on behalf of all others<br>similarly situated,<br>        Plaintiffs,<br>    v.<br><br>WARNER CHILCOTT PUBLIC LIMITED<br>COMPANY; WARNER CHILCOTT<br>HOLDINGS COMPANY III, LTD.;<br>WARNER CHILCOTT CORPORATION;<br>WARNER CHILCOTT (US) INC.;<br>WARNER CHILCOTT COMPANY, INC.;<br>GALEN (CHEMICALS), LTD.;<br>    and<br>BARR PHARMACEUTICALS, INC.,<br>        Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   1:06-cv-00401 (CKK)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**CONSUMER CLASS PLAINTIFFS' MOTION TO FILE MEMORANDUM OF LAW AND EXHIBITS UNDER SEAL**

Pursuant to Local Rule 5.1(j) and the Protective Order in the above-captioned matter, Plaintiffs respectfully request that this Court enter an Order to file under seal the un-redacted version of the Memorandum of Law in Support of Consumer Class Plaintiffs' Motion for Class Certification and accompanying exhibits. This memorandum and its accompanying exhibits contain information obtained from materials designated as Confidential or Highly Confidential when produced by Defendants. A version of these documents with such Confidential and Highly Confidential information redacted will be filed publicly pursuant to the ECF filing system.

Respectfully submitted,

*[signature]*

_____
Robert W. Sink, Esquire
*Pro Hac Vice*
John M. Mason, Esquire
DC Bar ID#: 193268

2

**LAW OFFICES OF ROBERT W. SINK**
319 West Front Street
Media, PA 19063
Tel:   610-566-0800
Fax:   610-566-4408

Dated:  March 23, 2007                   *Attorneys for Plaintiffs*