IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE COHEN, *et al.*, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) Civil Action No: 1:06CV00401 |
| v. | ) (CKK) <br> ) |
| WARNER CHILCOTT PUBLIC LIMITED COMPANY, *et al.*, | ) Jury Trial Demanded <br> ) <br> ) |
| Defendants. | ) <br> ) |

## JOINT MOTION AND STIPULATION

Plaintiffs Stephanie Cohen and Sunda Croonquist (collectively the "Consumer Plaintiffs") and Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., and Galen (Chemicals), Ltd. (together "Warner Chilcott"), and Barr Pharmaceuticals, Inc. ("Barr") (collectively the "Defendants"), by their respective undersigned attorneys, hereby stipulate to, and respectfully move the Court to approve, a stay of all proceedings in the above-captioned action, pending negotiation of a definitive settlement and the submission of such agreement to the Court for preliminary approval. In support thereof, the Consumer Plaintiffs and the Defendants jointly state as follows:

1. The Consumer Plaintiffs and the Defendants have engaged in settlement discussions with oversight by Magistrate Kay. As a result of those discussions, the Consumer Plaintiffs and the Defendants have reached an agreement in principle on the essential terms of a settlement in the above-captioned action.

2.   To facilitate the negotiation of a definitive settlement agreement, and to avoid unnecessary legal fees and costs, the Consumer Plaintiffs and the Defendants have agreed and ask this Court to stay all proceedings pending the parties' negotiation of a definitive settlement agreement and the submission of that agreement to this Court for preliminary approval.

3.   The Consumer Plaintiffs and the Defendants have agreed to negotiate a definitive agreement promptly, which they anticipate submitting to the Court for preliminary approval on or before May 15, 2007.

WHEREFORE, the Consumer Plaintiffs and the Defendants respectfully stipulate to, and ask this Court to enter the following orders:

1. All proceedings in the above-captioned action shall be stayed pending negotiation of a definitive settlement agreement.
2. If the parties have not reached a definitive agreement on or before May 15, 2007, they are directed to report jointly to the Court on the status of their discussions on May 15, 2007, including whether or not the foregoing stay should remain in effect.

Date:   April 10, 2007                                            Respectfully submitted,

/s/
_____
Robert W. Sink
John M. Mason (D.C. Bar #: 193268)
LAW OFFICES OF ROBERT W. SINK
319 West Front Street
Media, PA 19063
(610) 566-0800
(610) 566-4408
*Counsel for Stephanie Cohen and Sunda Croonquist*

/s/
_____
Peter C. Thomas (D.C. Bar # 495928)
Andrew M. Lacy (D.C. Bar # 496644)
SIMPSON THACHER & BARTLETT LLP
601 Pennsylvania Avenue, N.W.
North Building
Washington, DC 20004
(202) 220-7700
(202) 220-7702 (fax)

Charles E. Koob (*Pro Hac Vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000
(212) 455-2502 (fax)
*Counsel for Warner Chilcott Holdings Company III, Ltd, Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc.*

/s/
_____
Karen N. Walker (D.C. Bar # 412137)
Mark L. Kovner (D.C. Bar # 430431)
Chong S. Park (D.C. Bar # 463050)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005
(202) 879-5000
(202) 879-5200 (fax)
*Counsel for Barr Pharmaceuticals, Inc.*