IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE COHEN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT PUBLIC LIMITED COMPANY, *et al.,*<br><br>Defendants. | Civil Action No: 1:06CV00401 (CKK)<br><br>Jury Trial Demanded |

## JOINT MOTION AND STIPULATION

Plaintiffs Stephanie Cohen and Sunda Croonquist (collectively the "Consumer Plaintiffs") and Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., and Galen (Chemicals), Ltd. (together "Warner Chilcott"), and Barr Pharmaceuticals, Inc. ("Barr") (collectively the "Defendants"), by their respective undersigned attorneys, hereby stipulate to, and respectfully move the Court to approve, a stay of all proceedings in the above-captioned action, pending negotiation of a definitive settlement and the submission of such agreement to the Court for preliminary approval.  In support thereof, the Consumer Plaintiffs and the Defendants jointly state as follows:

1. The Consumer Plaintiffs and the Defendants have engaged in settlement discussions with oversight by Magistrate Kay.  As the Consumer Plaintiffs and Defendants reported to the Court on April 10, 2007, the Consumer Plaintiffs and the Defendants have reached an agreement in principle on the essential terms of a settlement in the above-captioned action.

2.     The Court's April 10, 2007 Order directs that, if the parties have not reached a definitive agreement on or before May 15, 2007, the parties are to report jointly to the Court on May 15, 2007 to update the Court on the status of their discussions.

3.     The parties have exchanged several draft settlement agreements, made substantial progress and anticipate that a definitive settlement agreement will be signed by May 22, 2007.

4.     To facilitate these negotiations, and to avoid unnecessary legal fees and costs, the Consumer Plaintiffs and the Defendants have agreed and ask this Court to extend the stay on all proceedings pending the parties' negotiation of a definitive settlement agreement and the submission of that agreement to this Court for preliminary approval.

5.     The Consumer Plaintiffs and the Defendants have agreed to finish their negotiation of a definitive agreement promptly, which they anticipate submitting to the Court for preliminary approval on or before June 11, 2007.

WHEREFORE, the Consumer Plaintiffs and the Defendants respectfully stipulate to, and ask this Court to enter the following orders:

1. All proceedings in the above-captioned action shall remain stayed pending final agreement on the terms of a definitive settlement agreement and submission by Consumer Plaintiffs of the agreement to the Court for preliminary approval.

2. If the parties have not reached a definitive agreement on or before May 22, 2007, they are directed to report jointly to the Court on the status of their discussions on May 22, 2007, including whether or not the foregoing stay should remain in effect.

3

Date:   May 15, 2007                                    Respectfully submitted,


                                                        /s/
                                                        _____
                                                        Robert W. Sink
                                                        John M. Mason (D.C. Bar #: 193268)
                                                        LAW OFFICES OF ROBERT W. SINK
                                                        319 West Front Street
                                                        Media, PA 19063
                                                        (610) 566-0800
                                                        (610) 566-4408
                                                        *Counsel for Stephanie Cohen and Sunda Croonquist*


                                                        /s/
                                                        _____
                                                        Peter C. Thomas (D.C. Bar # 495928)
                                                        Andrew M. Lacy (D.C. Bar # 496644)
                                                        SIMPSON THACHER & BARTLETT LLP
                                                        601 Pennsylvania Avenue, N.W.
                                                        North Building
                                                        Washington, DC 20004
                                                        (202) 220-7700
                                                        (202) 220-7702 (fax)

                                                        Charles E. Koob (*Pro Hac Vice*)
                                                        SIMPSON THACHER & BARTLETT LLP
                                                        425 Lexington Avenue
                                                        New York, New York 10017-3954
                                                        (212) 455-2000
                                                        (212) 455-2502 (fax)
                                                        *Counsel for Warner Chilcott Holdings Company III, Ltd, Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc.*


                                                        /s/
                                                        _____
                                                        Karen N. Walker (D.C. Bar # 412137)
                                                        Mark L. Kovner (D.C. Bar # 430431)
                                                        Chong S. Park (D.C. Bar # 463050)
                                                        KIRKLAND & ELLIS LLP

655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005
(202) 879-5000
(202) 879-5200 (fax)
*Counsel for Barr Pharmaceuticals, Inc.*