# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STEPHANIE COHEN and SUNDA CROONQUIST, individually and on behalf of all others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>WARNER CHILCOTT PUBLIC LIMITED COMPANY, WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., GALEN (CHEMICALS), LTD., and BARR PHARMACEUTICALS, INC.,<br><br>**Defendants.** | Civil Action No: 1:06CV00401 (CKK)<br><br>Jury Trial Demanded |

### CONSUMER CLASS PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT, CONDITIONAL CERTIFICATION OF THE PROPOSED SETTLEMENT CLASS, APPOINTMENT OF PLAINTIFFS' COUNSEL AS CLASS COUNSEL, AND APPROVAL OF THE FORM AND MANNER OF GIVING NOTICE TO THE CLASS

In support of the proposed settlement between Plaintiffs, Stephanie Cohen and Sunda Croonquist, individually and on behalf of all others similarly situated ("Plaintiffs"),[1] and Defendants, Warner Chilcott Public Limited Company, Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., Galen (Chemicals), Ltd. (together "Warner Chilcott") and Barr Pharmaceuticals, Inc. ("Barr"), the Plaintiffs hereby move, pursuant to Federal Rule of Civil Procedure 23 and Civil Local Rule 23.1, that this Court:

---

[1] Unless otherwise noted, terms used herein are used as defined by the Settlement Agreement signed by the parties, attached hereto as Exhibit 1.

1.Preliminarily approve as within the range of reasonableness the proposed Settlement Agreement, attached as Exhibit 1;

2.Conditionally certify the following Settlement Class ("Settlement Class") and authorize Stephanie Cohen and Sunda Croonquist to serve as Class Representatives:

> All persons who purchased Ovcon 35 for personal or household use in the United States at any time during the period from April 22, 2004 through the date of the Preliminary Approval Order. Excluded from the Settlement Class are all governmental entities and the Defendants, their directors, officers and employees, and their respective subsidiaries and affiliates.

3.Appoint the Law Offices of Robert W. Sink as Class Counsel;

4.Approve the short and long form notice to the Class, attached as Exhibits 2 and 3 to this Motion, and direct that they be disseminated in the manner described in the accompanying Memorandum;

5.Establish a process for final approval of the proposed settlement and its terms and fix a date for a Fairness Hearing to consider the settlement;

6.Establish deadlines for, *inter alia*, requests for exclusion from the Class; and

7.Stay all proceedings in the above-captioned action until the Court renders a final decision regarding the approval of the proposed settlement.

8.Plaintiffs incorporate by this reference their Memorandum of Points and Authorities In Support of Their Motion for Preliminary Approval of the Settlement, Conditional Certification of the Proposed Settlement Class, Appointment of Plaintiffs' Counsel as Class Counsel, and Approval of the Form and Manner of Giving Notice to the Class, and accompanying Exhibits. Each was filed contemporaneously in support of this Motion.

A proposed Order setting forth the relief requested is attached hereto as Exhibit 4. Defendants consent to the relief requested in the proposed Order.

Respectfully submitted,

_____

Robert W. Sink, Esquire, Bar No. PA0022
**LAW OFFICES OF ROBERT W. SINK**
319 West Front Street
Media, PA 19063
Tel:    610-566-0800
Fax:   610-566-4408

Dated:  June 5, 2007                           *Attorneys for Plaintiffs*

3