**IF YOU PURCHASED OVCON-35
A CLASS ACTION SETTLEMENT MAY AFFECT YOUR RIGHTS**

You may be affected by a proposed settlement of a class action lawsuit about the prescription oral contraceptive Ovcon-35. The United States District Court for the District of Columbia has authorized this notice. Please read this notice carefully.

**Are you included in this settlement?** You are a member of the Class included in the settlement if you are a person who purchased Ovcon 35 for personal or household use in the United States at any time during the period from April 22, 2004 through [ADD DATE OF PRELIMINARY APPROVAL ORDER].

**What is this lawsuit about?** Plaintiffs in this lawsuit say that an agreement between Warner Chilcott and Barr, where Barr was paid not launch a generic form of Ovcon-35, violated state and federal laws and caused Class members to pay higher prices for Ovcon-35. Warner Chilcott and Barr deny that they did anything improper or illegal and deny that consumers suffered any damages. The Court has not made a final decision about the issues in the lawsuit. This case is not about the safety or efficacy of Ovcon-35.

**What are the terms of the settlement?** If the settlement is approved, the Defendants will donate a combined $6 million worth of prescription oral contraceptives throughout the United States within a three year period. The Plaintiffs and Defendants agree that it would not be practical to otherwise distribute products to the Class, because of the large size of the Class and because of the small amount of harm to each individual Class member.

**What are your legal rights?** You can decide whether you want to stay in the Class. You may seek legal advice from your own private attorney, at your own expense, but you are not required to do so.

**If you do nothing, you will stay in the Class.** If you stay in the Class, all Class members will give up their right to sue, or continue to sue, Defendants for a claim that they paid too much for purchases of Ovcon-35 made between April 22, 2004 and [ADD DATE OF PRELIMINARY APPROVAL ORDER]. The Court has appointed Plaintiffs' Counsel to represent the Class. You do not have to pay Plaintiffs' Counsel. You may also tell the Court that you object to the settlement or any part of it. You may also file a notice of appearance and take part in the Court's hearing on the settlement. Your written objection or notice of appearance must be filed with the Clerk of Court at United States District Court for the District of Columbia, United States Courthouse, 333 Constitution Ave., NW, Washington, D.C. 20001 by _____, 2007 and mailed and postmarked by _____, 2007 to Ovcon-35 Consumer Settlement P.O. Box [], Richmond, VA 23285. If you do not want to be in the Class, you may opt out by asking the Court to exclude you from the settlement. Your written request for exclusion must be postmarked by _____, 2007 and sent to Ovcon-35 Consumer Settlement P.O. Box, Richmond, VA 23285.

**Who approves the settlement?**  The Court will hold a hearing in the case of to decide whether to approve the settlement on _____2007, at ____ at the United States District Courthouse, Courtroom___, at 333 Constitution Ave., NW, Washington, D.C. 20001. The Court will decide whether to approve the settlement as fair and reasonable and whether to award counsel fees, expenses, and incentive awards.

**This is a summary notice only.**  For additional details on the settlement and how to exclude yourself, file an objection, or appear at the hearing, please visit: http://www.ovcon35settlement.com