UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE COHEN and SUNDA CROONQUIST, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT PUBLIC LIMITED COMPANY, WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., GALEN (CHEMICALS), LTD., and BARR PHARMACEUTICALS, INC.,<br><br>　　　　Defendants. | Civil Action No: 1:06CV00401 (CKK)<br><br>Jury Trial Demanded |

**PRAECIPE TO SUBSTITUTE EXHIBITS**

1.　On June 5, 2007, Plaintiffs filed Consumer Class Plaintiffs' Motion for Preliminary Approval of the Settlement, Conditional Certification of the Proposed Settlement Class, Appointment of Plaintiffs' Counsel as Class Counsel, and Approval of the Form and Manner of Giving Notice to the Class, docket #86.  A copy of the Settlement Agreement was attached as Exhibit 1.

2.　Also on June 5, 2007, Plaintiffs filed Consumer Plaintiffs' Memorandum of Points and Authorities in Support of Their Motion, docket #87.  A copy of the Settlement Agreement was attached as Exhibit A.

3.　Plaintiffs inadvertently attached an unsigned copy of the Settlement Agreement as Exhibit 1 to the Motion and Exhibit A to the Memorandum.  Plaintiffs wish

2

to substitute the attached signed copy of the Settlement Agreement as Exhibit 1 to the Motion and Exhibit A to the Memorandum.

Respectfully submitted,

_____
Robert W. Sink, Esquire, Bar No. PA0022
**LAW OFFICES OF ROBERT W. SINK**
319 West Front Street
Media, PA 19063
Tel:   610-566-0800
Fax:  610-566-4408

Dated: June 6, 2007                    *Attorneys for Plaintiffs*