**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| STEPHANIE COHEN and SUNDA CROONQUIST, individually and on behalf of all others similarly situated,<br><br>        **Plaintiffs,**<br><br>v.<br><br>WARNER CHILCOTT PUBLIC LIMITED COMPANY, WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., GALEN (CHEMICALS), LTD., and BARR PHARMACEUTICALS, INC.,<br><br>        **Defendants.** | Civil Action No: 1:06CV00401 (CKK)<br><br>Jury Trial Demanded |

## JOINT MOTION FOR FINAL APPROVAL OF THE SETTLEMENT

Plaintiffs and Defendants jointly move this Court for an order and final judgment approving the settlement between the Plaintiffs, the Class, and the Defendants. On June 27, 2007, this Court entered an order conditionally certifying a class of consumers, preliminarily approving the proposed settlement between Consumer Plaintiffs and Defendants, approving the form and manner of notice to the Class, and appointing the Law Offices of Robert W. Sink as Class Counsel. The parties incorporate by this reference the Memorandum of Points and Authorities In Support of Joint Motion for Final Approval of the Settlement, including exhibits, which was filed contemporaneously in support of this Motion. Pursuant to the Court's order of June 27, 2007, a joint

proposed final judgment order will be presented to the Court at or before the final fairness hearing.

Respectfully submitted,

    /s/
Robert W. Sink, Esquire, Bar No. PA0022
LAW OFFICES OF ROBERT W. SINK
319 West Front Street
Media, PA 19063
Tel:   610-566-0800
Fax:  610-566-4408

Dated:  October 2, 2007

*Attorneys for Plaintiffs and the Class*

    /s/
Peter C. Thomas (D.C. Bar # 495928)
Andrew M. Lacy (D.C. Bar # 496644)
SIMPSON THACHER & BARTLETT LLP
601 Pennsylvania Avenue, N.W.
North Building
Washington, DC 20004
(202) 220-7700
(202) 220-7702 (fax)

Charles E. Koob (*Pro Hac Vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000
(212) 455-2502 (fax)

*Counsel for Warner Chilcott Holdings Company III, Ltd, Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc.*

2

/s/
Mark L. Kovner (D.C. Bar # 430431)
Karen N. Walker (D.C. Bar # 412137)
Chong S. Park (D.C. Bar # 463050)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005
(202) 879-5000
(202) 879-5200 (fax)

*Counsel for Barr Pharmaceuticals, Inc.*

3