# EXHIBIT A

ers with impaired or limited credit histories -- posed a    for three governor slots on the Federal Reserve. Presi-
serious threat.    dent Bush re-nominated Kroszner, 45, to the Fed for

Case 1:06-cv-00401-CKK    Document 94-3    Filed 10/02/2007    Page 2 of 23

Legal Notice    Legal Notice

# IF YOU PURCHASED OVCON 35
# A CLASS ACTION SETTLEMENT MAY AFFECT YOUR RIGHTS

You may be affected by a proposed
settlement of a class action lawsuit about
the prescription oral contraceptive Ovcon
35. The United States District Court for
the District of Columbia has authorized
this notice. Please read this notice
carefully.

**Are you included in this settlement?**
You are a member of the Class included in
the settlement if you are a person who
purchased Ovcon 35 for personal or
household use in the United States at any
time during the period from April 22, 2004
through June 27, 2007.

**What is this lawsuit about?**
Plaintiffs in this lawsuit say that an
agreement between Warner Chilcott and
Barr, where Barr was paid not launch a
generic form of Ovcon 35, violated state
and federal laws and caused Class
Members to pay higher prices for Ovcon
35. Warner Chilcott and Barr deny that
they did anything improper or illegal and
deny that consumers suffered any
damages. The Court has not made a final
decision about the issues in the lawsuit.
This case is not about the safety or
efficacy of Ovcon 35.

**What are the terms of the settlement?**
If the settlement is approved, the
Defendants will donate a combined $6
million worth of prescription oral
contraceptives throughout the United
States within a three year period. The
Plaintiffs and Defendants agree that it
would not be practical to otherwise
distribute products to the Class, because of
the large size of the Class and because of
the small amount of harm to each
individual Class Member.

**What are your legal rights?**
You can decide whether you want to stay
in the Class. You may seek legal advice
from your own private attorney, at your
own expense, but you are not required to
do so.

**If you do nothing, you will stay in the
Class.**
If you stay in the Class, all Class Members
will give up their right to sue, or continue
to sue, Defendants for a claim that they
paid too much for purchases of Ovcon 35
made between April 22, 2004 and June 27,
2007. The Court has appointed Plaintiffs'
Counsel to represent the Class. You do
not have to pay Plaintiffs' Counsel. You
may also tell the Court that you object to
the settlement or any part of it. You may
also file a notice of appearance and take
part in the Court's hearing on the
settlement. Your written objection and
notice of appearance must be filed with the
Clerk of Court at United States District
Court for the District of Columbia, United
States Courthouse, 333 Constitution Ave.,
NW, Washington, DC 20001 by
September 17, 2007 and mailed and
postmarked by September 17, 2007 to
Ovcon Notice Administrator, P.O. Box
85006, Richmond, VA 23285-5006. If
you do not want to be in the Class, you
may opt out by asking the Court to exclude
you from the settlement. Your written
request for exclusion must be postmarked
by September 17, 2007 and sent to Ovcon
Notice Administrator, P.O. Box 85006,
Richmond, VA 23285-5006.

**Who approves the settlement?**
The Court will hold a hearing in the case
to decide whether to approve the
settlement on November 6, 2007, at 2:00
p.m. at the United States District
Courthouse, Courtroom 28A, 333
Constitution Ave., NW, Washington, DC
20001. The Court will decide whether to
approve the settlement as fair and
reasonable and whether to award counsel
fees, expenses, and incentive awards.

**This is a summary notice only.**
For additional details on the settlement and
how to exclude yourself, file an objection,
or appear at the hearing, please visit the
website or call the toll-free number listed
below.

**For complete information, you can visit: www.ovcon35settlement.com
or call toll-free: 1-866-866-1729**

# EXHIBIT B



7950 Jones Branch Drive • McLean, Virginia 22108
1-800-872-3433



GANNETT

## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Marcus Edmonds says that he is the principal clerk of USA TODAY,
and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted
with the facts stated herein: August 8, 2007 on the following advertisement **If You
Purchased OVCON**—published in **USA TODAY**

Principal Clerk of USA TODAY
August 3, 2007

Subscribed and sworn to before me
This 3ʳᵈ day of August month
2007 year.

Notary Public

Commonwealth of Virginia
Karen R. Levy - Notary Public
Commission ID: 287084
My Commission Expires 02/29/2008

My Commission Expires September 30, 2008

# EXHIBIT C



**ATTENTION OVCON 35 CONTRACEPTIVE USERS:**
A class action settlement may affect your legal rights.
*Click here for more information.*



# EGOTASTIC!



TUESDAYS 10/9c
Premieres August 7
TLC

Home   Featured Posts   Videos   Advertise   Search   Contact

chemistry — A new approach based on science and compatibility. Start Now

## MONDAY, 6 AUGUST, 2007

### Geri Halliwell Bikini Pictures
01:18 AM, Filed under: Celebrities \ Geri Halliwell





C Replay video

TUESDAYS 10/9c
Premieres August 7
Rollover to meet the crew!
TLC

More Featured Posts...

About Egotastic!
Egotastic! is an entertainment blog focussed on movies, music, television, and celebrities.

Main Page
Search
Picture Posts
Video Posts

Contact
Choose one of the links

Reserve a Top Ad Spot

TRANSFORMERS'
Shia LaBeouf
Every killer lives next door to someone.



Starring
Kat Von D!









# EXHIBIT D







# EXHIBIT E



# EXHIBIT F





# EXHIBIT G

## Notice Campaign Begins for Ovcon 35 Consumer Settlement

RICHMOND, Va., Aug. 3 /PRNewswire/ -- The Notice Administrator of the Ovcon 35 Consumer Settlement released the following Court-approved message announcing the existence of a class action settlement for purchasers of Ovcon 35:

IF YOU PURCHASED OVCON 35 A CLASS ACTION SETTLEMENT MAY AFFECT YOUR RIGHTS.

You may be affected by a proposed settlement of a class action lawsuit about the prescription oral contraceptive Ovcon 35. The United States District Court for the District of Columbia has authorized this notice. Please read this notice carefully.

Are you included in this settlement?

You are a member of the Class included in the settlement if you are a person who purchased Ovcon 35 for personal or household use in the United States at any time during the period from April 22, 2004 through June 27, 2007.

What is this lawsuit about?

Plaintiffs in this lawsuit say that an agreement between Warner Chilcott and Barr, where Barr was paid not launch a generic form of Ovcon 35, violated state and federal laws and caused Class Members to pay higher prices for Ovcon 35. Warner Chilcott and Barr deny that they did anything improper or illegal and deny that consumers suffered any damages. The Court has not made a final decision about the issues in the lawsuit. This case is not about the safety or efficacy of Ovcon 35.

What are the terms of the settlement?

If the settlement is approved, the Defendants will donate a combined $6 million worth of prescription oral contraceptives throughout the United States within a three year period. The Plaintiffs and Defendants agree that it would not be practical to otherwise distribute products to the Class, because of the large size of the Class and because of the small amount of harm to each individual Class Member.

# EXHIBIT H

# Ovcon 35 Settlement

**Home**

**Court Approved Notice**

**Summary of Court Approved Notice**

**Settlement Agreement**

**Contact Information**

Documents on this site are in Adobe Acrobat (PDF) Format and can be viewed or printed. Adobe Acrobat Reader software (Version 3.0 or higher) is required to read and print documents in Adobe Acrobat format. You can download free software by clicking on the icon below.



If you purchased the prescription oral contraceptive Ovcon 35, a class action settlement may affect your rights. Please review carefully the information provided on this website.

On this website, you will find the following:

1) A copy of the Court-approved Notice;

2) A summary of the Court-approved Notice;

3) A copy of the executed Settlement Agreement between the parties.

To read the above-listed documents, click on the appropiate link at the left of this page.

**To contact the Notice Administrator,
please call toll-free at (866) 866-1729 or write to:**

**Ovcon Notice Administrator
PO Box 85006
Richmond, VA 23285-5006**

**To contact a representative of Class Counsel
who represents the Class as a whole for this Settlement,
please call:**

**Robert W. Sink
Law Offices of Robert W. Sink
319 W. Front St.
Media, PA 19063
Ph: 610-566-4043**

BROWNGREER‖PLC                    Last Updated: July 25, 2007                    Copyright 200

# Ovcon 35 Settlement

Home

Court Approved Notice

Summary of Court
Approved Notice

Settlement Agreement

Contact Information

Documents on this site are in Adobe
Acrobat (PDF) Format and can be viewed
or printed. Adobe Acrobat Reader software
(Version 3.0 or higher) is required to read
and print documents in Adobe Acrobat
format. You can download free software by
clicking on the icon below.



## Contact Information

**Notice Administrator:**

Ovcon Notice Administrator

PO Box 85006

Richmond, VA 23285-5006

Ph.(866) 866-1729

**Class Counsel:**

Robert W. Sink

Law Offices of Robert W. Sink

319 W. Front St.

Media, PA 19063

Ph: 610-566-4043

BROWNGREER ‖ PLC          Last Updated: July 25, 2007          Copyright 2006