**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STEPHANIE COHEN and SUNDA CROONQUIST, individually and on behalf of all others similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| WARNER CHILCOTT PUBLIC LIMITED COMPANY, WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., GALEN (CHEMICALS), LTD., and BARR PHARMACEUTICALS, INC., | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Civil Action No: 1:06CV00401 (CKK)

Jury Trial Demanded

**CLASS COUNSEL'S PETITION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, INCENTIVE AWARDS TO THE CLASS REPRESENTATIVES, AND AUTHORIZATION TO DISTRIBUTE THE REMAINING FUNDS IN THE NOTICE ACCOUNT TO CHARITY**

Class Counsel respectfully petitions this Court for an order: (1) awarding reasonable attorneys' fees based on the May 16, 2007 Settlement Agreement entered into by Plaintiffs and Defendants; (2) approving the reimbursement of expenses incurred by Class Counsel in the prosecution of this litigation; (3) approving an incentive award to the named Plaintiffs, Stephanie Cohen and Sunda Croonquist, and (4) authorizing donation of the remaining funds in the Notice Account to charity. Class Counsel incorporate by this reference the Memorandum of Points and Authorities In Support of Class Counsel's Petition for an Award of Attorneys' Fees, Reimbursement of Expenses,

2

Incentive Awards to the Class Representatives, and Authorization to Distribute the Balance in the Notice Account to Charity, including exhibits, which was filed contemporaneously in support of this Petition. Pursuant to the Court's order of June 27, 2007, a joint proposed final judgment order will be presented to the Court at or before the final fairness hearing.

                                            Respectfully submitted,

                                            /s/
                                          Robert W. Sink, Esquire, Bar No. PA0022
                                          **LAW OFFICES OF ROBERT W. SINK**
                                          319 West Front Street
                                          Media, PA 19063
                                          Tel:    610-566-0800
                                          Fax:   610-566-4408

Dated: October 2, 2007                        *Attorneys for Plaintiffs and the Class*