UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEPHANIE COHEN and | ) | |
| SUNDA CROONQUIST, | ) | |
| Individually and on Behalf of Others | ) | |
| Similarly Situated, | ) | CIVIL ACTION NO. 1:06cv00401 (CKK) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WARNER CHILCOTT PUBLIC | ) | |
| LIMITED COMPANY, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR CHRISTOPHER A. BANDAS TO APPEAR PRO HAC VICE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, John Carpenter, attorney for Objector Rita R. Morales, and moves this Honorable Court to grant Christopher A. Bandas admission to the United States District Court for the District of Columbia *pro hac vice* to represent Objector in this cause and would respectfully show the Court as follows:

I.

Christopher A. Bandas is a practicing attorney with the firm of Bandas Law Firm, P.C., 500 N. Shoreline, Ste. 1020, Corpus Christi, Texas 78471 and is in good standing in the State of Texas. Christopher A. Bandas's bar no. is 00787637.

PRO HAC VICE

II.

Mr. Bandas states that he is representing Objector in this cause of action in association with lead counsel, John Carpenter.

III.

Mr. Bandas, unless permitted to withdraw sooner by order of the court, he will continue to represent the Objector in association with Attorney John Carpenter in this proceeding until final determination thereof, and that with reference to all matters incident to this proceeding, he agrees to be subject to the orders and amenable to the disciplinary action and the civil jurisdiction of this Honorable Court in all respects as if he were a regularly admitted in good standing.

WHEREFORE, John Carpenter prays that Christopher A. Bandas he be admitted to appear before this court for the purpose of appearing as counsel for Objector in this cause.

Respectfully submitted,

By:     /s/ John E. Carpenter

Mr. John E. Carpenter, Esq.
Bar No. 420756
910 17th Street NW  Suite 800
Washington, D.C.  20006
(202) 887-5445  Telephone
(202) 293-3596 Telecopier
Jecindc1@aol.com

Christopher A. Bandas
State Bar No. 00787637
BANDAS LAW FIRM, P.C.
500 North Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78411
(361) 698-5200 Telephone
(361) 698-5222 Telecopier
cbandas@bandaslawfirm.com
ATTORNEYS-IN-CHARGE FOR OBJECTOR

PRO HAC VICE

**CERTIFICATE OF SERVICE**

On this the 15th day of November 2007, a true and correct copy of the above and foregoing instrument was duly served by certified mail, return receipt requested upon the following counsel of record:

Robert W. Sink
319 West Front Street
Media, PA 19063

Ovcon Notice Administrator
P.O. Box 85006
Richmond, VA 23285-5006

                                               /s/ John E. Carpenter
                                               John E. Carpenter

PRO HAC VICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE COHEN and ) <br> SUNDA CROONQUIST, ) <br> Individually and on Behalf of Others ) <br> Similarly Situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WARNER CHILCOTT PUBLIC ) <br> LIMITED COMPANY, ET AL., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 1:06cv00401 (CKK) |

### ORDER GRANTING MOTION TO ALLOW CHRISTOPHER A. BANDAS TO APPEAR PRO HAC VICE  TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

THIS DAY came on for consideration, Motion to Allow Christopher A. Bandas to Appear Pro Hac Vice before the United States District Court for the District of Columbia in the above referenced matter.  The Court finds that this motion should be **GRANTED**.

IT IS THEREFORE ORDERED, ADJUGED AND DECREED that Christopher A. Bandas is hereby allowed to appear Pro Hac Vice before the United States District Court for the District of Columbia for the purpose of appearing as counsel for Objector, in association with lead counsel, John Carpenter, in this cause of action.

SIGNED THIS THE _____ day of _____, 2007.

_____
JUDGE PRESIDING

PRO HAC VICE