UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE COHEN and SUNDA CROONQUIST, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT PUBLIC LIMITED COMPANY, *et al.*,<br><br>Defendants. | Civil Action No. 06-401 (CKK) |

**ORDER**
(November 15, 2007)

For the reasons set forth in the accompanying Memorandum Opinion and the separate Order and Final Judgment, it is this 15th day of November, 2007, hereby

**ORDERED** that the instant case is DISMISSED in its entirety, subject to the Court retaining exclusive jurisdiction over this Action until the Settlement Agreement has been consummated.

***This is a final, appealable order.***

                                                 */s/*
                                                 COLLEEN KOLLAR-KOTELLY
                                                 United States District Judge