UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE COHEN and<br>SUNDA CROONQUIST,<br>Individually and on Behalf of Others<br>Similarly Situated,<br><br>       Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT PUBLIC<br>LIMITED COMPANY, ET AL.,<br><br>       Defendants. | ) <br>) <br>) <br>)         CIVIL ACTION NO. 1:06cv00401 (CKK)<br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) |

## AMENDED MOTION FOR CHRISTOPHER A. BANDAS TO APPEAR PRO HAC VICE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

COMES NOW, attorney Christopher A. Bandas and files this motion to appear *pro hac vice* and would respectfully show the Court as follows:

1.   Christopher A. Bandas is an attorney licensed to practice law in Texas. His address is listed below.

2.   Christopher A. Bandas will be associated in the above-referenced and numbered cause and the trial of said cause with John Carpenter whom is a resident, practicing lawyer who is a member of the State Bar of Washington, D.C. His address is listed below.

3.   Christopher A. Bandas is a member in good standing of the State Bar of Texas and has not been the subject of disciplinary action by any bar or court in the last five years.

4.   Christopher A. Bandas has not been denied admission to the courts of any state or to any federal court during the last five years and has not sought admission or appeared in any

Wisconsin case in the past two years.

5. Christopher A. Bandas is licenses to practice law in the following state courts and federal courts:

6. I was admitted to the bar in 1993 in Texas. I able to practice in the U.S. District Court for the Southern District of Texas, Northern District of Texas, Eastern District of Texas and Western District of Texas. I am able to practice in the Fifth Circuit and Ninth Circuit Courts of Texas and the U.S. Supreme Court. I am able to practice in the District Court for the Western District of Michigan.

7. Christopher A. Bandas is familiar with the rules of the State Bar of Washington, D.C. governing the conduct of its members and will comply with those rules as long as the trial or hearing or this case is pending.

8. Attached hereto as Exhibit 1 in support of this motion is the Affidavit of Christopher A. Bandas.

WHEREFORE, PREMISES CONSIDERED, non-resident attorney Christopher A. Bandas prays that this motion to appear *pro hac vice* of Christopher A. Bandas be granted and for such other and further relief to which the parties may show themselves justly entitled

Respectfully submitted,

By: _____/s/ John E. Carpenter_____

Mr. John E. Carpenter, Esq.
Bar No. 420756
910 17th Street NW  Suite 800
Washington, D.C.  20006
(202) 887-5445  Telephone
(202) 293-3596 Telecopier
Jecindc1@aol.com

Christopher A. Bandas
State Bar No. 00787637
BANDAS LAW FIRM, P.C.
500 North Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78411
(361) 698-5200 Telephone
(361) 698-5222 Telecopier
cbandas@bandaslawfirm.com

ATTORNEYS-IN-CHARGE FOR OBJECTOR

PRO HAC VICE

## CERTIFICATE OF SERVICE

On this the 27th day of November 2007, a true and correct copy of the above and foregoing instrument was duly served by certified mail, return receipt requested upon the following counsel of record:

Robert W. Sink
319 West Front Street
Media, PA 19063

Ovcon Notice Administrator
P.O. Box 85006
Richmond, VA 23285-5006

              /s/ John E. Carpenter
              John E. Carpenter

PRO HAC VICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEPHANIE COHEN and<br>SUNDA CROONQUIST,<br>Individually and on Behalf of Others<br>Similarly Situated,<br><br>      Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT PUBLIC<br>LIMITED COMPANY, ET AL.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 1:06cv00401 (CKK) |

STATE OF TEXAS  §
§
COUNTY OF NUECES  §

## AFFIDAVIT OF CHRISTOPHER A. BANDAS

Before me, the undersigned authority, personally appeared CHRISTOPHER A. BANDAS, who being by me duly sworn, deposed as follows:

"My name is Christopher A. Bandas and I am a resident of Nueces County, Texas. I am over twenty-one (21) years old, and I have never been convicted of a felony. I am of sound mind and capable of making this affidavit. The statements contained herein are true and correct, and they are within my personal knowledge.

"The statements contained in Paragraphs 3 through 6 of the Motion by Non-Resident Attorney Christopher A. Bandas for Admission *Pro Hac Vice* in Support are true and correct.

FURTHER AFFIANT SAYETH NAUGHT

_____
CHRISTOPHER A. BANDAS.

SWORN TO AND SUBSCRIBED before me on the 27th day of November 2007.

_____
Notary Public, State of Texas

JAN L PETRUS
Notary Public
STATE OF TEXAS
My Comm. Exp. 02-28-2009

EXHIBIT
A

PRO HAC VICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHANIE COHEN and<br>SUNDA CROONQUIST,<br>Individually and on Behalf of Others<br>Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT PUBLIC<br>LIMITED COMPANY, ET AL.,<br><br>    Defendants. | )<br>)<br>)<br>)    CIVIL ACTION NO. 1:06cv00401 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER GRANTING MOTION TO ALLOW CHRISTOPHER A. BANDAS TO APPEAR PRO HAC VICE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

THIS DAY came on for consideration, Motion to Allow Christopher A. Bandas to Appear Pro Hac Vice before the United States District Court for the District of Columbia in the above referenced matter. The Court finds that this motion should be **GRANTED**.

IT IS THEREFORE ORDERED, ADJUGED AND DECREED that Christopher A. Bandas is hereby allowed to appear Pro Hac Vice before the United States District Court for the District of Columbia for the purpose of appearing as counsel for Objector, in association with lead counsel, John Carpenter, in this cause of action.

    SIGNED THIS THE _____ day of _____, 2007.

 

_____
JUDGE PRESIDING

PRO HAC VICE