UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Stephen Cohen, et. al.
_____
                Plaintiff

vs.                                 Civil Action No. 1:06CV00401 (CKK)

Warner Chilcott Public Limited Company, et.al.
_____
                Defendant

## NOTICE OF APPEAL

Notice is hereby given this 7th day of December, 20 07, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 15th day of November, 20 07

in favor of Approving Settlement Between Consumer Class Plaintiffs and Defendants

against said

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Robert W. Sink
319 West Front Street
Media, PA 19063

Ovcon Notice Administrator
P.O. Box 85006
Richmond, VA 23285-5006