UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Stephen Cohen, et.al.
                              Plaintiff

                    vs.                              Civil Action No. 1:06CV00401 (CKK)

Warner Chilcott Public Limited Company, et. al.
                              Defendant

## NOTICE OF APPEAL

Notice is hereby given this   10th   day of   December   , 20 07  , that

*Objector, Rita R. Morales*

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the   15th   day of   November   , 20 07

in favor of   Approving Settlement Between Consumer Class Plaintiffs and Defendants

against said

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Robert W. Sink
319 West Front Street
Media, PA 19063

Ovcon Notice Administrator
P.O. Box 85006
Richmond, VA 23285-5006